1  ROBERT E. BOONE III (SBN 132780)
   NAFIZ CEKIRGE (SBN 255710)
2  ROBERT G. LANCASTER (SBN 257504)
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California  90401-2386
4  Telephone:  (310) 576-2100
   Facsimile:  (310) 576-2200
5  E-Mail:     reboone@bryancave.com
               nafiz.cekirge@bryancave.com
6              rglancaster@bryancave.com

7  Attorneys for Plaintiffs
   COUNTRYWIDE HOME LOANS, INC.,
8  BANK OF AMERICA CORPORATION and
   BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-10, <br><br> Defendants. | Case No. 8:12-cv-00242-CJC-AN <br><br> **PROOF OF SERVICE – SUMMONS AND COMPLAINT (JAN VAN ECK)** <br><br> Complaint Filed:  February 13, 2012 <br> Trial Date:       None Set |

SM01DOCS\886560.1

**DEMOVSKY LAWYER SERVICE**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-----------------------------------------------------------X
COUNTRYWIDE HOME LOANS, INC.; BANK OF
AMERICA CORPORATION; BANK OF AMERICA,

        Plaintiffs,

v.

AMERICA'S WHOLESALE LENDER, INC., a New
York Corporation; et al,

        Defendants.
-----------------------------------------------------------X

Civil Action No. SACV12-242-CJC

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
        S.S.:
COUNTY OF HARTFORD )

        MICHAEL WALTON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 16th day of February, 2012, at approximately 12:50pm, deponent served a true copy of the **SUMMONS AND COMPLAINT** upon JAN VAN ECK at 24 Ebony Lane, Ivoryton, CT by personally delivering and leaving the same with JAN VAN ECK at that address. At the time of service, deponent asked Jan Van Eck if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply. At the time if service, Jan Van Eck was very hostile and threatening.

        Jan Van Eck is a white male, approximately 56 years of age, stands approximately 6 feet 1 inch tall, weighs approximately 190 pounds with white hair and wears glasses.

_____
MICHAEL WALTON

Sworn to before me this
23 day of February, 2012

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com