1  THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
   Steven C. Vondran (SBN# 232337)
2  620 Newport Center, Suite 1100
   Newport Beach, California 92660
3  Telephone: (949) 945-8700
   Facsimile: (888) 551-2252
4
   Attorneys for Defendant(s):
5  AMERICA'S WHOLESALE LENDER, INC., DENNIS L.
   BELL AND CHERI B. ENGLISH
6
                    UNITED STATES DISTRICT COURT
7
                   CENTRAL DISTRICT OF CALIFORNIA
8
                          WESTERN DIVISION
9

| COUNTRYWIDE HOME LOANS, INC.;<br>BANK OF AMERICA CORPORATION;<br>BANK OF AMERICA, N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10<br><br>Defendants. | Case No.: 8:12-cv-002420-CJC-AN<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO ACCEPT SERVICE OF PROCESS OF SUMMONS AND COMPLAINT; [PROPOSED] ORDER** |
|---|---|

Plaintiffs Countrywide Home Loans, Inc. Bank of America Corporation and Bank of America. N.A. ("Plaintiffs") and Defendants America's Wholesale Lender, Inc., Dennis L. Bell and Cheri B. English ("Defendants") by and through their respective counsel, hereby stipulate and agree that:

   1. Plaintiffs filed a complaint in this matter on February 13, 2012.
   2. The complaint was served on Defendant Cheri B. English on February 15, 2012.
   3. Defendant Cheri B. English's response is due on March 7, 2012.

1

STIPULATON TO CONTINUE HEARING ON MOTION TO DISMISS / MOTION TO STRIKE
sd-556864

4. The complaint was served on Defendant America's Wholesale Lender, Inc. on February 16, 2012.

5. America's Wholesale Lender, Inc.'s response is due on March 8, 2012.

6. Defendant Dennis F. Bell, has not yet been served with a copy of the summons and complaint.

7. Attorney Steve Vondran of The Law Offices of Steven C. Vondran was recently retained by the Defendants to represent them in this matter.

8. Attorney Steve Vondran is authorized to accept service of the summons and complaint for Mr. Bell at Mr. Vondran's Newport Beach Office located at 600 Newport Center Drive, Suite 1100, Newport Beach, CA 92660.

9. All Defendants' responses to the complaint, which are required to be filed by all three of the Defendants referenced herein, shall be filed with the Court no later than **5 p.m. Friday March 16, 2012.**

Dated: March 7, 2012

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By: /s/ Steven C. Vondran
Steven C. Vondran, Esq.

steve@vondranlaw.com

Attorneys for Defendants
AMERICA'S WHOLESALE LENDING, INC., DENNIS L. BELL AND CHERI B. ENGLISH

Dated: March 7, 2012

BRYAN CAVE, LLP

By: /s/ Nafiz Cekirge
Nafiz Cekirge. Esq.
nafiz.cekirge@bryancave.com

Attorney for Plaintiffs
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.

## **ORDER**

IT IS SO ORDERED that:

1. Defendants may serve Defendant Dennis L. Bell with the summons and complaint in this action through Bell's counsel, Steve Vondran, at Mr. Vondran's Newport Beach office located at 600 Newport Center Drive, Suite 1100, Newport Beach, CA 92660. This shall constitute valid service of process.

2. Defendants, and each of them, shall have an extension of time to respond to the Complaint on file with the Court, and shall have until Friday March 16, 2012 p.m. to file their responsive pleading.

Dated: _____, 2012        _____

UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE OF DOCUMENT**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed by The Law Offices of Steven C. Vondran in the County of Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is **620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660.** I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On *March 7th, 2012*, I placed a copy of the attached documents entitled:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AGREEMENT TO ACCEPT SUMMONS AND COMPLAINT AND ORDER**

On the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[ ]   **BY MAIL:**   By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Phoenix, Arizona, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ]   **BY OVERNIGHT COURIER:** I caused the above referenced document(s) to be delivered to _____ for deliver to the above addresses.

[ ]   **BY FAX:** I transmitted a true copy of the foregoing document(s) this date from telecopier number **Fax: (XXX) XXX-XXX**

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ X ]   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 7, 2012**, I checked the CM/ECF docket for this civil case, bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nafiz Cekirge        nafiz.cekirge@bryancave.com
Robert E. Boone III  reboone@bryancave.com
Robert G. Lancaster  rglancaster@bryancave.com

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**PROOF OF SERVICE**


Executed on *March 7, 2012*, at Phoenix, Arizona

_____
Steven C. Vondran, Esq.

SERVICE LIST

Robert E. Boone III, Esq.
Nafiz Cekirge, Esq.
Robert G. Lancaster, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386

**PROOF OF SERVICE**