**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**DECLARATION OF RENELL WELCH IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>[Filed Concurrently with *Ex Parte* Application; Declaration of Devra Lindgren; Declaration of Nafiz Cekirge; Request for Judicial Notice; and [Proposed] Temporary Restraining Order]<br><br>Date Filed: February 13, 2012<br>Trial Date: None |

# DECLARATION OF RENELL WELCH

I, Renell Welch, declare:

1. I am a Litigation Specialist II of Bank of America, N.A. ("BANA"), which services the loans described in Paragraph 27 of the Complaint in the above-captioned action.

2. I make this declaration in support of Plaintiffs Countrywide Home Loans, Inc. ("CHL"), Bank of America Corporation ("BAC") and BANA's *Ex Parte* Application for a Temporary Restraining Order and Order To Show Cause Re: Preliminary Injunction.

3. As part of my job responsibilities, I am generally familiar with the businesses of BANA and its affiliates, including BAC and CHL.

4. As part of my job responsibilities, I am familiar with BANA's loan servicing database, called "AS400." The information in AS400 is recorded in the regular course of BANA's business of servicing loans. I know that pursuant to BANA's policies and procedures, the information in AS400 is recorded at or near the time of the acts, events or conditions that are being recorded in AS400. AS400 includes information on, among other things, loan numbers, loan origination dates, names of borrowers and original and remaining principal balances of the loans serviced by BANA.

5. As part of my job responsibilities, I am also familiar with the databases in which BANA maintains images of loan origination and loan servicing documents, such as deeds of trust and notes. The source documents are imaged after they are created and/or received by BANA, CHL or their affiliates in the ordinary course of business. The images in BANA's databases are saved, stored and utilized in the ordinary course of business by BANA, CHL or their affiliates. Based on my experience, the images in BANA's databases are true and correct copies of the originals.

6. As part of my job responsibilities, I am familiar with the positions and

locations of the current and former officers and employees of BANA and its affiliates, including BAC and CHL. In the regular course of my employment, I interact with officers and employees of BANA and its affiliates, including BAC and CHL. In addition, I have access to databases which house employment information for former and current officers and employees of BANA and its affiliates, including BAC and CHL. I know that pursuant to BANA's policies and procedures, the aforementioned employment information is recorded in BANA's databases in the ordinary course of BANA's business and at or near the time of the acts, events or conditions that are being recorded in these databases.

7.  This declaration is based upon my personal knowledge and the records created and maintained by BANA in the regular course of its business, including the records described above, which I believe to be true and accurate. If called as a witness, I could and would testify competently under oath to such facts.

## I. CHL's Wholesale Lending Business

8.  CHL was in the business of making residential loans to consumers.

9.  CHL originated loans through three primary channels: retail, wholesale and correspondent.

10. In the retail channel, CHL originated mortgage loans through its own employees at brick-and-mortar branch offices and call centers.

11. In the wholesale channel, CHL originated loans through third-party mortgage brokers. The broker would collect information from the borrower and submit the loan application to CHL for underwriting and approval.

12. In the correspondent channel, CHL purchased completed loans originated by third party lenders that were in conformity with CHL's underwriting guidelines.

///

///

///

## II. The "America's Wholesale Lender" Fictitious Business Name and AMERICA'S WHOLESALE LENDER® Mark Are Well Known

13. Since 1993, CHL originated over 3.5 million loans using the "America's Wholesale Lender" name.

14. The notes and security instruments recorded in the land records (*e.g.*, deeds of trust and mortgages) associated with most—if not all—of these loans identify "America's Wholesale Lender" as the "lender."

## III. Bell's Mortgages

15. Defendant Dennis L. Bell obtained three separate mortgages for $35,000, $37,000 and $28,000 from CHL for in transactions in which CHL used its fictitious business name, "America's Wholesale Lender, Inc." True and correct copies of these mortgages are attached as Exhibit 1.

16. None of the three mortgages described in Paragraph 15 above has been paid off or released pursuant to any settlement agreement or otherwise.

## IV. Defendants Had No Authority To Take Any Action With Respect To Various Loans Originated By CHL And Currently Serviced By BANA

17. On or about June 7, 2011, Dennis and Linda Burk obtained a residential loan for $600,000 from CHL in a transaction in which CHL utilized its fictitious business name, "America's Wholesale Lender." The loan was secured by a deed of trust recorded in the Orange County Recorder's Office on or about May 24, 2005, as document number 2005000395457. A true and correct copy of this deed of trust is attached as Exhibit 2. BANA currently services this loan. This loan has not been paid off.

18. On or about January 25, 2006, Merry B. Wells obtained a residential loan for $994,500 from CHL in a transaction in which CHL used its fictitious business name "America's Wholesale Lender." The loan was secured by a deed of trust recorded in the Orange County Recorder's Office on or about January 30, 2006, as document number 2006000067191. A true and correct copy of this deed of

1 trust is attached as Exhibit 3. BANA currently services this loan. This loan has not
2 been paid off.

3     19. On or about October 4, 2004, Tan Khanh Nguyen obtained a residential
4 loan for $390,000 from CHL in a transaction in which CHL utilized its fictitious
5 business name and mark, "America's Wholesale Lender." The loan was secured by
6 a deed of trust recorded in the Orange County Recorder's Office on or about
7 October 18, 2004, as document number 2004000938222. A true and correct copy of
8 this deed of trust is attached as Exhibit 4. BANA currently services this loan. This
9 loan has not been paid off.

10     20. On or about October 12, 2005, Celia Calco-Crawford obtained a
11 residential loan for $396,000 from CHL in a transaction in which CHL utilized its
12 fictitious business name "America's Wholesale Lender." The loan was secured by a
13 deed of trust recorded in the Orange County Recorder's Office on or about October
14 14, 2005, as document number 2005000829245. A true and correct copy of this
15 deed of trust is attached as Exhibit 5. BANA currently services this loan. This loan
16 has not been paid off.

17     21. On or about September 29, 2004, Michael N. and Jan L. Budka
18 obtained a residential loan for $1,500,000 from CHL in a transaction in which CHL
19 utilized its fictitious business name "America's Wholesale Lender." The loan was
20 secured by a deed of trust recorded in the Orange County Recorder's Office on or
21 about October 1, 2004, as document number 2004000884675. A true and correct
22 copy of this deed of trust is attached as Exhibit 6. BANA currently services this
23 loan. This loan has not been paid off.

24     22. On or about December 20, 2005, Cecilia B. May obtained a residential
25 loan for $877,600 from CHL in a transaction in which CHL utilized its fictitious
26 business name, "America's Wholesale Lender." The loan was secured by a deed of
27 trust recorded in the Los Angeles County Recorder's Office on or about December
28 30, 2005, as document number 05 3232308. A true and correct copy of this deed of

1 trust is attached as Exhibit 7. BANA currently services this loan. This loan has not
2 been paid off.

3     23. On or about April 25, 2005, Jeffrey C. and Elizabeth Hamilton obtained
4 a residential loan for $1,440,000 from CHL in a transaction in which CHL utilized
5 its fictitious business name, "America's Wholesale Lender." The loan was secured
6 by a deed of trust recorded in the Orange County Recorder's Office as document
7 number 2005000329048. A true and correct copy of this deed of trust is attached as
8 Exhibit 8. BANA currently services this loan. This loan has not been paid off.

9     24. Defendant Dennis L. Bell is not a current or former officer or employee
10 of BANA, BAC, CHL or any of their affiliates. Bell does not have and never had
11 any authority to take any actions on behalf of or in the name of CHL, BANA, BAC
12 or any of their affiliates. Bell does not have and never had any authority to cancel,
13 modify or otherwise affect any loans originated and/or serviced by BANA, CHL or
14 any of their affiliates, including the loans described in Paragraphs 15 and 17 to 23
15 above. Bell does not have and never had any authority to release, reconvey or
16 otherwise affect any liens established by BANA, CHL or any of their affiliates,
17 including the liens associated with the loans described in Paragraphs 15 and 17 to 23
18 above.

19     25. Defendant Cheri B. English is not a current or former officer or
20 employee of BANA, BAC, CHL or any of their affiliates. English does not have
21 and never had any authority to take any actions on behalf of or in the name of CHL,
22 BANA, BAC or any of their affiliates. English does not have and never had any
23 authority to cancel, modify or otherwise affect any loans originated and/or serviced
24 by BANA, CHL or any of their affiliates, including the loans described in
25 Paragraphs 15 and 17 to 23 above. English does not have and never had any
26 authority to release, reconvey or otherwise affect any liens established by BANA,
27 CHL or any of their affiliates, including the liens associated with the loans described
28 in Paragraphs 15 and 17 to 23 above.

26. Defendant Jan Van Eck is not a current or former officer or employee of BANA, BAC, CHL or any of their affiliates. Van Eck does not have and never had any authority to take any actions on behalf of or in the name of CHL, BANA, BAC or any of their affiliates. Van Eck does not have and never had any authority to cancel, modify or otherwise affect any loans originated and/or serviced by BANA, CHL or any of their affiliates, including the loans described in Paragraphs 15 and 17 to 23 above. Van Eck does not have and never had any authority to release, reconvey or otherwise affect any liens established by BANA, CHL or any of their affiliates, including the liens associated with the loans described in Paragraphs 15 and 17 to 23 above.

27. Defendant America's Wholesale Lender, Inc. ("AWLI") is not now and never was affiliated with BANA, BAC, CHL or any of their affilitates. AWLI does not have and never had any authority to take any actions on behalf of or in the name of CHL, BANA, BAC or any of their affiliates. AWLI does not have and never had any authority to cancel, modify or otherwise affect any loans originated and/or serviced by BANA, CHL or any of their affiliates, including the loans described in Paragraphs 15 and 17 to 23 above. AWLI does not have and never had any authority to release, reconvey or otherwise affect any liens established by BANA, CHL or any of their affiliates, including the liens associated with the loans described in Paragraphs 15 and 17 to 23 above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of March at Simi Valley, California.

_Renell Welch_
Renell Welch, Litigation Speciaist II.