**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A. <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100, <br><br> Defendants. | Case No. 8:12-cv-00242-CJC-AN <br><br> **DECLARATION OF DEVRA LINDGREN IN SUPPORT OF PLAINTIFFS'** *EX PARTE* **APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** <br><br> [Filed Concurrently with *Ex Parte* Application; Declaration of Nafiz Cekirge; Declaration of Renell Welch; Request for Judicial Notice; and [Proposed] Temporary Restraining Order] <br><br> Date Filed: February 13, 2012 <br> Trial Date: None |

## DECLARATION OF DEVRA LINDGREN

I, Devra Lindgren, declare:

1. I am a Vice President and Assistant Secretary of Bank of America, N.A. ("BANA").

2. I make this declaration in support of Plaintiffs Countrywide Home Loans, Inc. ("CHL"), Bank of America Corporation ("BAC") and BANA's *Ex Parte* Application for a Temporary Restraining Order and Order To Show Cause Re: Preliminary Injunction.

3. As part of my job responsibilities, I am generally familiar with the businesses of BANA and its affiliates, including BAC and CHL.

4. As part of my job responsibilities, I am familiar with the corporate records of BANA and its affiliates, including BAC and CHL.

5. This declaration is based upon my personal knowledge and the records created and maintained by BANA in the regular course of its business, including the records described above, which I believe to be true and accurate. If called as a witness, I could and would testify competently under oath to such facts.

6. CHL was incorporated in New York on or about March 17, 1969.

7. On or about January 29, 1993, CHL began registering "America's Wholesale Lender" as a fictitious business name, so that it could conduct its wholesale business under that name.

8. CHL registered "America's Wholesale Lender" as a fictitious business name in 49 of 50 states.

9. The registration continues to be in effect in 46 of those states.

10. CHL did not register "America's Wholesale Lender" as a fictitious business name in Mississippi and the District of Columbia because those jurisdictions provided no provisions for registering a fictitious business name.

11. CHL also registered AMERICA'S WHOLESALE LENDER® as a federal service mark on January 10, 1995.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\885116.3

1    12.    As a result of its acquisition of Countrywide Financial Corporation and its family of companies, including CHL, BAC now owns the AMERICA'S WHOLESALE LENDER® mark.

    13.    The AMERICA'S WHOLESALE LENDER® mark has been in continuous use over a five year period.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 6th day of March, 2012 at Simi Valley, California.

*Devra Lindgren*
Devra Lindgren