**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Date Filed: February 13, 2012<br>Trial Date: None |

SM01DOCS\885638.1

Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A..'s (collectively, "Plaintiffs") *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction came before the Court on the date set forth below. Good cause appearing therefore, and satisfactory proof having been made, it is hereby ORDERED that:

(1) Defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri English and Jan Van Eck (a/k/a Herman Jan Van Eck a/k/a Mauritz Van Eck a/k/a Maurice Van Eck a/k/a Maritz Van Eck a/k/a George Tomas) (collectively, "Defendants"), together with their officers, agents, servants, employees, attorneys and any other persons who are in active concert or participation with Defendants, and each of them, are prohibited and restrained from engaging in, committing, performing or doing, directly or indirectly, any of the following acts:

(a) Using the "America's Wholesale Lender, Inc." name in any manner whatsoever;

(b) Using the "America's Wholesale Lender" name in any manner whatsoever;

(c) Using the AMERICA'S WHOLESALE LENDER® mark in any manner whatsoever;

(d) Using any name confusingly similar to "America's Wholesale Lender."

(e) Using any mark confusingly similar to AMERICA'S WHOLESALE LENDER®.

(f) Holding themselves out to be acting on behalf of any Plaintiff;

(g) Holding themselves out as officers, employees, or agents of any Plaintiff.

(h) Taking any action with respect to loans originated and/or serviced by any Plaintiff.

(g) Taking any action with respect to liens established by any

1 Plaintiff.

2     (2)    Within three (3) days of being served with this Order, Defendants shall complete and file the necessary documents to change the name of companies within their control from "America's Wholesale Lender, Inc." to another name that is not identical or confusingly similar, or dissolve any companies with the name "America's Wholesale Lender, Inc."

This temporary restraining order is being issued to prevent, among other harms, irreparable harm to Plaintiffs' business reputation and goodwill.

This temporary restraining order is being issued on notice to all Defendants and/or their attorneys.

Defendants are ordered to show cause on _____, 2012 at _____ why a preliminary injunction should not be entered against them enjoining them during the pendency of this action from engaging in those actions described above and requiring them to take the actions specified above.

Defendants shall file and serve any papers in opposition to a preliminary injunction on or before _____, 2012.

Plaintiffs shall file and serve any papers in reply to Defendants' opposition on or before _____, 2012

Based upon the Court's discretion, Plaintiffs shall not be required to give security pursuant to Federal Rule of Civil Procedure 65(c).

March ___, 2012

                                                                              Hon. Cormac J. Carney
United States District Judge

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386