THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
Steven C. Vondran (SBN# 232337)
620 Newport Center, Suite 1100
Newport Beach, California 92660
Telephone: (949) 945-8700
Facsimile: (888) 551-2252

Attorneys for Defendant(s):
AMERICA'S WHOLESALE LENDER, INC., DENNIS L. BELL AND CHERI B. ENGLISH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-10 <br><br> Defendants. | Case No.: 8:12-cv-00242-CJC-AN <br><br> **DECLARATION OF DENNIS L. BELL IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR TRO AND PRELIMINARY INJUNCTION.** |

## DECLARATION OF DENNIS L. BELL

I, Dennis L. Bell Declare:

1. I have personal knowledge of the following, and if called to testify, I could and would testify as follows:

2. I am a Defendant in the above-referenced civil action.

3. On or around 12/16/08 I incorporated Americas Wholesale Lender, Inc. ("AWL") for the purpose of preventing foreclosure actions maintained by Countrywide Home Loans, Inc. where the mortgages were made in the name of America's Wholesale Lender, a Corporation organized and

DECLARATON OF DENNIS L. BELL

1

existing under the laws of New York. Never at any time did CHLI lawfully operate as America's Wholesale Lender, Inc., nor were they authorized to do so. According to the nation's most renowned forensic mortgage examiner, Marie McDonnell, the notes and mortgages made in the name of America" Wholesale Lender, Inc. are either vested to the control of America" Wholesale Lender, Inc., or they are void.

4. As part of my role as an officer of AWL, I have had to deal with hundreds of lawsuits served on us where a note, mortgage or deed of trust made in the name of America's Wholesale Lender, Inc. was at issue. Initially we attempted to clarify our position to avoid litigation, but within weeks we were completely overwhelmed by lawsuits to the extent we could not even respond to all of them. In many cases, default judgments were issued against us for failure to respond, and thus the plaintiff's were granted judgments that voided their loans, and related liens were removed from their property. Many plaintiffs were able to obtain free and clear titles to their homes as a result of those lawsuits. In other cases, we agreed to settlement terms to limit our exposure to certain liability stemming from the serious claims made against my company, which was the named lender in each and every loan specified in the many lawsuits.

5. AWL does not originate or service loans.

6. AWL does not solicit any business and does not solicit lawsuits. AWL does not have direct contact with borrowers and we do not offer an intake address or phone number for such contact. Since being organized, AWL has been so overwhelmed with lawsuits that it has not been able to consider other forms of activities. AWL has never held itself out to be Countrywide Home Loans, Inc. or its dba Americas Wholesale Lender. Any document authorized by AWL clearly identifies the maker of that document as America's Wholesale Lender, Inc. a New York Corporation, which by its own description is a separate and distinct entity from CHL's dba.

7. My association with Van Eck is non-existent. At some point after AWL was organized in New York, contact was made by Van Eck. At that time he represented himself to be a Harvard graduate, someone well versed in the mortgage meltdown, and someone who had access to current information related to proceedings involving the big lenders, including CHL. While Van Eck was not an employee of AWL, and derived no salary, he did from time-to-time pass on information that was useful. I believe I had no contact with Van Eck during the first half of 2011, and if I did, it was minimal. Around August or September of 2011 Van Eck called me to say that certain persons working for Global Capital Law had contacted him for the purpose of executing documents, securing

an address for AWL in New York, and concluding transactions. Van Eck also stated that these persons provided him with computers, equipment, and corporate stamp made in the name of AWL to assist with these transactions. He admitted that he did in fact assist the Global Law Firm and its agents in concluding various transactions that are now the subject of the instant case. At that time, AWL terminated its association with Van Eck and demanded copies of all documents falsely made in the name of AWL. Van Eck failed to produce any documents. Van Eck still appears to be operating a phone answered in the name of AWL, and Van Eck appears to still maintain an address in New York in the name of AWL. Van Eck was never authorized to conclude any transaction on behalf of AWL and was never authorized to assist Global Capital Law, or it agents, with concluding litigation or transactions involving AWL. With regard to the transaction(s) involving Van Eck and Global Capital Law, I filed timely complaints to state and federal agencies to investigate all persons involved.

8. The documents that make up our Request for Judicial Notice were taken from various governmental websites.

9. I have no reason to believe that Plaintiff has suffered any damages or irreparable injury. In fact plaintiffs continue to file lawsuits against AWL in Florida and New York where they are required to show a complete chain of title on foreclosure suits. Because AWL is the named lender on those mortgages, plaintiffs must necessarily allege that the related note and mortgage was made to AWL, and thereafter AWL assigned its interest to plaintiffs. In each case, the allegation of subsequent assignment is a fraud upon the court, and the foreclosure actions are tainted with that same fraud. If plaintiffs were successful in obtaining a TRO against AWL, it would leave plaintiffs with a full and unobstructed means of unbridled fraud against unknowing homeowners. On behalf of AWL and the many victims of plaintiffs ever increasing fraud, I respectfully urge the Court deny the TRO and request for injunctive relief.

10. Plaintiff suggests that AWL is no longer a corporate entity however that is untrue. Toward the latter part of 2011 the commissioner of taxation for New York sent a notice to AWL that a shortage of tax payment existed for 2009. AWL never received that notice because the tax commissioner sent it to the wrong address. As a result, the tax commissioner took action against AWL. When AWL discovered the problem, it took immediate action to correct the 2009 tax issue. The tax commissioner admitted that it had sent notice to the wrong address and provided immediate assistance to reinstate AWL. Accordingly, the tax commissioner provided the letter, attached hereto as Exhibit

"A" which authorizes AWL to be reinstated. AWL has completed all of the required forms, actions and payments, and is now waiting for the New York Department of State to complete its administrative process to reinstate AWL. This should be complete within 72 hours of this declaration.

11. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2012 at New York, New York.

By _____
Dennis L. Bell, Defendant

4
DECLARATION OF DENNIS L. BELL

# Exhibit "A"

TR- 56 (1/06)

# To the honorable Secretary of State of the State of New York:

Please take notice that pursuant to the provisions of section 203-a of the Tax Law, as amended, the Commissioner of Taxation and Finance of the State of New York does hereby certify that

AMERICA'S WHOLESALE LENDER, INC.

a corporation organized to do business under the laws of the State of New York on the date of 12/16/2008, and heretofore dissolved by proclamation published on 10/26/2011, pursuant to the provisions of section 203-a of the Tax Law, has paid all franchise taxes, penalties, and interest charges accrued against it.

In witness whereof, the Commissioner of Taxation and Finance has caused this certificate to be executed and the official seal of the Department of Taxation and Finance of the State of New York affixed hereto this sixth day of March Two-thousand twelve.

Commissioner of

Taxation and Finance

by *[signature]*

Deputy Commissioner