NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Steve Vondran, Esq. (SBN 232337)
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone: (949) 945-8700
Fax: (888) 551-2252
Email steve@vondranlaw.com

ATTORNEYS FOR: America's Wholesale Lender Inc., Dennis L. Bell and Cheri B. English

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiff(s), <br> v. <br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 <br> Defendant(s) | CASE NUMBER: <br><br> 8:12-cv-00242-CJC-AN <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  America's Wholesale Lender Inc., Dennis L. Bell and Cheri B. English
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

America's Wholesale Lender, Inc. (A New York Corporation)                                          Defendant
Dennis L. Bell, an Individual                                                                      Defendant
Cherie B. English, and Individual                                                                  Defendant










March 13, 2012                                          _/s/ [signature]_
Date                                                    Sign
                                                        Steven C. Vondran, Esq.

CV-30 (04/10)                          **NOTICE OF INTERESTED PARTIES**                          American LegalNet, Inc.
                                                                                                 www.FormsWorkFlow.com

Attorney of record for or party appearing in pro per
America's Wholesale Lender Inc., Dennis L. Bell and Cheri B. English