| | |
|---|---|
| 1 | THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ. |
| | Steven C. Vondran (SBN# 232337) |
| 2 | 620 Newport Center, Suite 1100 |
| | Newport Beach, California  92660 |
| 3 | Telephone: (949) 945-8700 |
| | Facsimile: (888) 551-2252 |
| 4 | |
| | Attorneys for Defendant(s): |
| 5 | AMERICA'S WHOLESALE LENDER, INC., DENNIS L. |
| | BELL AND CHERI B. ENGLISH |
| 6 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation;  DENNIS L. BELL, an individual;  CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 <br><br> Defendants. | Case No.: 8:12-cv-00242-CJC-AN <br><br> **DEFEDANT AMERICA'S WHOLESALE LENDER, INC. CORPORATE DISCLOSURE STATEMENT** <br><br> **[FED. R. CIV. P 7.1]** |
|---|---|

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant America's Wholesale Lender, Inc. (A New York Corporation) certifies the following based on current knowledge:

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

1

(1) Defendant America's Wholesale Lender, Inc. is a New York Corporation that has no parent companies and no subsidiaries and is 100% owned by Defendant Mr. Dennis L. Bell.

Dated: March 13, 2012         THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.


By:   /s/ Steven C. Vondran
         Steven C. Vondran, Esq.

steve@vondranlaw.com

Attorneys for Defendants
AMERICA'S WHOLESALE LENDING, INC., DENNIS L. BELL AND CHERI B. ENGLISH

**PROOF OF SERVICE**