**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**PLAINTIFFS' REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed Concurrently with Reply; Declaration of Dennis Burk; Declaration of Linda Burk; Objection to Request For Judicial Notice]<br><br>Date Filed: February 13, 2012<br>Trial Date: None |

1   On March 12, 2012, Defendants filed an "Objection to Plaintiff's Request for
2 Judicial Notice in Support of *Ex Parte* Motion for TRO and Injunction" (the
3 "Objection").[1]  The documents that Plaintiffs seek to have judicially noticed go to
4 the heart of the fraudulent scheme at hand and are highly relevant to the disposition
5 of Plaintiffs' *Ex Parte* Application.  For the reasons stated in Plaintiffs' Request for
6 Judicial Notice, all of the identified documents are properly judicially noticeable and
7 Defendants' Objection should be overruled.
8   In any event, Defendants' Objection does not constitute an evidentiary
9 objection to any of the evidentiary declarations submitted by Plaintiffs in support of
10 their *Ex Parte* Application, including the Declaration of Nafiz Cekirge, to which the
11 documents referenced in Plaintiffs' Request for Judicial Notice are annexed.  Thus,
12 this Court's ruling on Defendants' Objection does not in any way impact the
13 admissibility of the evidentiary declarations submitted by Plaintiffs and the Court
14 can consider these evidentiary declarations regardless of how its rules on
15 Defendants' Objection.

17 DATED:  March 15, 2012         Respectfully submitted,

18                                **BRYAN CAVE LLP**

19                                By:    /s/ Nafiz Cekirge

20                                   NAFIZ CEKIRGE
                                    Attorneys for Plaintiffs
21                                  Countrywide Home Loans, Inc.
                                    Bank of America Corporation
22                                  and Bank of America, N.A.

---

[1] Plaintiffs are Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A.  Defendants are America's Wholesale Lender, Inc., Dennis L. Bell and Cheri B. English.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386