1  J. David Bournazian, Esq. (State Bar No. 186194)
2  Rebecca L. Wilson, Esq. (State Bar No. 257613)
   **KUTAK ROCK LLP**
3  Suite 1100
   18201 Von Karman Avenue
4  Irvine, CA 92612-1077
   Telephone:  (949) 417-0999
5  Facsimile:   (949) 417-5394
6  Email:         david.bournazian@kutakrock.com
   Attorneys for Specially Appearing Individual,
7  LINDA BURK

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A. | Case No. 8:12-cv-00242-CJC-AN |
| Plaintiffs, | **DECLARATION OF LINDA BURK** |
| v. | Date Filed: February 13, 2012 |
| AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100, | **TRIAL DATE: NONE** |
| Defendants. | |

## **DECLARATION OF LINDA BURK**

I, LINDA BURK, declare and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I am able to competently testify to the following:

2. I am presently out of state and have prepared this declaration from memory. Upon my return to California, I will have access to files in Orange County which will additionally provide further details.

3. In 2008, I became retired along with my husband, Dennis Burk.

4. In 2011, my husband and I still owned our primary residence located at 3941 Paso Fino Way, Yorba Linda, California (the "Yorba Linda House").

5. In early May 2011, a female (I believe named "Maria") came to our residence at 3941 Paso Fino Way, Yorba Linda, California. She stated that she was contacting all individuals in the neighborhood who had loans with America's Wholesale Lenders. She stated the company who had our note, America's Wholesale Lender, had committed some unscrupulous dealings with their loans and that there had been judgments against them, ordering America's Wholesale Lenders to refinance or reduce principles to encourage the borrowers to rewrite loans or pay them off.

6. I knew the loan for the Yorba Linda House was with America's Wholesale Lenders. I understood that America's Wholesale Lender wanted to deal with my husband and I directly. We told this person we might be interested, but also needed to make sure she truly represented America's Wholesale Lenders.

7. My husband was then contacted by an individual named Tom Shriver of Villa Properties Realty by telephone. He asked us to meet him at his offices, and my husband asked Mr. Shriver to re-contact with us at a later date.

8. Mr. Shriver then called us again. My husband asked several questions and Mr. Shriver told him that America's Wholesale Lenders was resolving

numerous loans. Mr. Shriver stated he was hired by America's Wholesale Lenders and this would be part of a large refinancing by America's Wholesale Lenders. Mr. Shriver informed me that America's Wholesale Lenders needed to clean up numerous improper loans because they were defective. During this same time, my husband and I determined we wanted to down size and further proceed with retirement, living part of the year outside of California.

9. In May 2011, my husband and I meet with Tom Shriver and Bernardo Villapudua for further explanation and process at offices in Westminster/Fountain Valley, California.

10. Tom Shriver and Bernardo Villapudua asked for copies of our files to verify we had the loan with America's Wholesale Lender. We had our mortgage papers with us and provided them to Messrs. Shriver and Villapudua.

11. During this meeting, Tom Shriver and Bernardo Villapudua were in contact with a representative from America's Wholesale Lender who we now know as Paul Nguyen. Mr. Nguyen agreed to resolve the loan for America's Wholesale Lender and set the number with a principle reduction with a new loan or a payoff of $260,000.00. At that time, Tom Shriver and Bernardo Villapudua explained that we needed to go through the Courts to get a judgment against America's Wholesale Lender. The $260,000.00 payoff would satisfy our loan with America's Wholesale Lender.

12. Tom Shriver and Bernardo Villapudua referred us to Diane Beall, California State Bar No. 86877, an attorney working for "Advocates Law and Real Estate" in Escondido, California, to assist with the documentation and the legal process. Tom Shriver and Bernardo Villapudua particularly stated the agreement had to be confirmed through a court proceeding, which Ms. Beall would handle.

13. Tom Shriver and Bernardo Villapudua contacted Diane Beall, and had us pay her $1700.00 for a retainer and court fees. We do not waive the attorney-client privilege as to Ms. Beall or her firm, but relied on her to represent us properly

1  and protect our interests.

2  14.  On June 7, 2011, I understood Ms. Beall started the legal action, and the case was assigned to Judge Tam Nomoto Schumann and assigned Orange County Superior Court Case No.: 30 2011-00481641.

15.  Immediately, on July 11, 2011, we received a favorable judgment with America's Wholesale Lender. We again understood that America's Wholesale Lender was the same entity as on our deed of trust and were told such by Ms. Beall.

16.  Attached hereto and incorporated herein as Exhibit "1," is a true and correct copy of the legal materials regarding our suit and judgment against America's Wholesale Lender.

17.  In late July 2011, Tom Shriver and Bernardo Villapudua contacted my husband and I, and requested that we go to an escrow company and treat our payoff as a refinance. My husband and I refused. Instead, we insisted any recoveyance be done though Gold Country Escrow.

18.  We then received closing instructions from America's Wholesale Lender instructing us to make a cashiers check out to "Chase Merritt Fund I, LLC credited to America's Wholesale Lender" in the amount of $260,000.00.

19.  We coordinated with Paul Nguyen, who we understood worked for or represented America's Wholesale Lender, to exchange the cashiers check for a reconveyance of our deed of trust. We delivered the cashier's check, drawn on our account with Bank of America, to Paul Nguyen of America's Wholesale Lender and, in return, he supplied us an original notarized Substitution of Trustee and Full Reconveyance signed by Dennis Bell, President of America's Wholesale Lender.

20.  The $260,000 was our own personal money.

21.  We understood we had thus paid off our mortgage and the Substitution of Trustee and Full Reconveyance was recorded through Gold Country Escrow.

22.  Attached hereto and incorporated herein as Exhibit "2," is a true and correct copy of the cashiers check in the amount of $260,000 made out to "Chase

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4841-7079-8863.1

- 3 -

DECLARATION OF LINDA BURK

1  Merritt Fund I, LLC Credit to America's Wholesale Lender" written on a check
2  from Bank of America, along with the Substitution of Trustee and Full
3  Reconveyance for "America's Wholesale Lender, a New York Corporation," signed
4  by Dennis Bell, President.  Exhibit "2" also contains the escrow instructions
5  provided by America's Wholesale Lender.

6      23. In early August 2011, our Yorba Linda House was in escrow to be sold
7  and allow us to complete our retirement.  Escrow also proceeded with Gold
8  Country Escrow.  During escrow, the title company, Western Resources Title
9  Company, requested a zero payoff statement and confirmation showing the loan
10 was paid in full.  We contacted Mr. Nguyen to assist us, who placed us in direct
11 contact with Maurice Van Eck, Vice President of America's Wholesale Lender.

12     24. I personally spoke with Maurice Van Eck, Vice President of America's
13 Wholesale Lender, to provide documents to Kathy Boyd of Western Resources
14 Title Company and into escrow.  Mr. Van Eck stated he was in New York.  Mr.
15 Van Eck stated he was tracking down the payment and was in communications with
16 Mr. Nguyen.

17     25. On August 18, 2011, Maurice Van Eck, "Vice President" of America's
18 Wholesale Lender issued correspondence to Western Resources Title Company
19 referencing our "Loan Number: 101115853" and stating that: "AWL [America's
20 Wholesale Lender] accepted the short payoff of the subject mortgage as identified
21 in the Judgment."  Mr. Van Eck further confirmed we had a "payoff of $0.00.
22 Satisfaction completed."

23     26. I understand that Maurice Van Eck was in direct contact with both our
24 escrow company, Gold Country Escrow, and Western Resources Title Company.

25     27. With Mr. Van Eck's representations that our loan was paid off and no
26 encumbrance existing on the Yorba Linda Home with America's Wholesale
27 Lender, on or about August 26, 2011, we closed escrow on the Yorba Linda Home.
28 ///

28. Attached hereto and incorporated herein as Exhibit "3," is a true and correct copy of Mr. Van Eck's correspondence and the escrow papers for the Yorba Linda House.

29. The Yorba Linda Home was purchased by third parties and we no longer own the residence.

30. I believed that our note was paid in full, until in September 2011, Bank of America sent me a Notice of Intent to Accelerate. My husband and I called Bank of America many times in regard to this notice. We then went to our local branch and spoke with our branch manager, Mr. Hayes. We took all of our documents to that meeting. Mr. Hayes called another associate on the telephone to try to help. We thought we were on our way to solving what we believed was a miscommunication between America's Wholesale Lender and Bank of America. We were told that Bank of America was the servicer of the note, not the holder of the note, and that Bank of America took over Countrywide Home Loans as the servicer, but that America's Wholesale Lender was not part of that take over and was the actual lender.

31. My husband and I then began to receive daily calls from Bank of America's collections department. We explained dozens of times the situation, each time going no where.

32. My husband and I contacted Paul Nguyen, Tom Shriver and Bernardo Villapudua. They informed us it must be a miscommunication and that Bank of America had no legal rights over the loan since Bank of America merely took over the servicing of the loan from Countrywide. America's Wholesale Lender was the lender and had properly resolved the loan.

33. We recently contacted Mr. Nguyen, Tom Shriver and Bernardo Villapudua. Each stated that they no longer work with America's Wholesale Lender.

///

34. The credit of both my husband and I has been severally impacted and our credit scores lowered. This experience is beyond words and we wish to proceed with our retirement. We are very concerned as to what has happened to our $260,000.

I declare under penalty of perjury under the laws of the State of California, Hawaii and the United States, that the foregoing is true and correct.

Executed this 14th day of March at Kona, Hawaii.

_____
Linda Burk