1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A. <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100, <br><br> Defendants. | Case No.: SACV 12-00242-CJC(ANx) <br><br><br> **ORDER GRANTING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A.'s (collectively, "Plaintiffs") *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause came before the Court on March 16, 2012.

Good cause appearing therefore, and satisfactory proof having been made, it is hereby ORDERED that Plaintiffs' ex parte application is GRANTED, according to the terms set forth below:

## TEMPORARY RESTRAINING ORDER

**IT IS HEREBY ORDERED** that Defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri English and Jan Van Eck (a/k/a Herman Jan Van Eck a/k/a Mauritz Van Eck a/k/a Maurice Van Eck a/k/a Maritz Van Eck a/k/a George Tomas) (collectively, "Defendants"), together with their officers, agents, servants, employees, attorneys and any other persons who are in active concert or participation with Defendants, and each of them, are prohibited and restrained from engaging in, committing, performing or doing, directly or indirectly, any of the following acts:

    (a)    Using the "America's Wholesale Lender, Inc." name in any manner whatsoever;

    (b)    Using the "America's Wholesale Lender" name in any manner whatsoever;

    (c)    Using the AMERICA'S WHOLESALE LENDER® mark in any manner whatsoever;

    (d)    Using any name confusingly similar to "America's Wholesale Lender";

    (e)    Using any mark confusingly similar to AMERICA'S WHOLESALE LENDER®;

    (f)    Holding themselves out to be acting on behalf of any Plaintiff;

    (g)    Holding themselves out as officers, employees, or agents of any Plaintiff;

    (h)    Taking any action with respect to loans originated or serviced by any

Plaintiff; and

    (g)    Taking any action with respect to liens established by any Plaintiff.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall remain in effect until the date for the hearing on the Order to Show Cause set forth below, or until such further date as set by the Court or stipulated to by the parties.

## SECURITY

**IT IS FURTHER ORDERED** that Plaintiffs shall post a bond in the amount of Ten Thousand Dollars ($10,000.00), as payment of damages to which Defendants may be entitled for a wrongful injunction or restraint.

## ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE AND ORDER OF NOTICE

This temporary restraining order is being issued to prevent, among other harms, irreparable harm to Plaintiffs' business reputation and goodwill. This temporary restraining order is being issued on notice to all Defendants and/or their attorneys. Defendants are ordered to show cause on **March 30, 2012 at 9:00 a.m**. why a preliminary injunction should not be entered against them enjoining them during the pendency of this action from engaging in those actions described above and requiring them to take the actions specified above. Defendants shall file and serve any papers in opposition to a preliminary injunction on or before **March 23, 2012**. Plaintiffs shall file and serve any papers in reply to Defendants' opposition on or before **March 28, 2012.** The above dates may be revised upon stipulation by all parties and approval of this Court. Defendants are hereby on notice that failure to appear at the show cause hearing may

result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d) and Fed. R. Civ. P. 65.

DATED:   March 16, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE