**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-Mail:  reboone@bryancave.com
         nafiz.cekirge@bryancave.com
         rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**NOTICE OF MANUAL FILING**<br><br>Date Filed: February 13, 2012<br>Trial Date: None |

SM01DOCS\889965.1

NOTICE OF MANUAL FILING

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1  PLEASE TAKE NOTICE that the above-captioned case has been designated
2  as an electronically filed case.  In accordance with General Order 08-02 and Local
3  Rule 5-4, the following document(s) or item(s) will be manually filed:
4  **List of Documents:**
5  1.   UNDERTAKING
6  **Document Description:**
7  ☐   Administrative Record
8  ☐   Exhibits
9  ☐   Ex Parte Application for authorization of investigative, expert or other
10       services pursuant to the Criminal Justice Act (pursuant to Local Rule
11       79-5.4(h))
12 ☒   Other
13 **Reason**:
14 ☐   Under Seal
15 ☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large
16       graphic charts)
17 ☐   Electronic versions are not available to filer
18 ☐   Per Court order dated _____
19 ☒   Manual Filing required for filing on behalf of Plaintiffs because a bond
20 must be manually filed.

DATED:  March 23, 2012                  Respectfully submitted,

**BRYAN CAVE LLP**

By:    /s/ Nafiz Cekirge
         NAFIZ CEKIRGE
         Attorneys for Plaintiffs
         Countrywide Home Loans, Inc.
         Bank of America Corporation
         and Bank of America, N.A.