THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
Steven C. Vondran (SBN# 232337)
steve@vondranlaw.com
620 Newport Center, Suite 1100
Newport Beach, California 92660
Telephone: (949) 945-8700
Facsimile: (888) 551-2252

Attorneys for Defendant(s):
AMERICA'S WHOLESALE LENDER, INC., DENNIS L.
BELL AND CHERI B. ENGLISH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br>Plaintiffs, <br><br>v. <br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 <br><br>Defendants. | Case No.: 8:12-cv-00242-CJC-AN <br><br>Hon. Judge Cormac J. Cartney <br><br>**SUPPLEMENTAL DECLARATION OF DENNIS L. BELL IN SUPPORT OF DEFENDANTS OPPOSITION TO PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTION.** <br><br><u>Hearing</u> <br>Date: March 30, 2012 <br>Time: 9:00 <br>Place: 9B |

### DECLARATION OF DENNIS L. BELL

I, Dennis L. Bell Declare:

1. I have personal knowledge of the following, and if called to testify, I could and would testify as follows:

2. I am a Defendant in the above-referenced civil action.

3. I have read the declarations of Dennis Burk and Linda Burk related to this action. Neither myself, nor AWL, Inc., knew of, or authorized anyone to contact the Burks for any purpose.

DECLARATON OF DENNIS L. BELL

1

Specifically, no one named "Maria", "Tom Shriver", or "Bernardo Villapudua" ever worked for AWL, Inc., nor were they authorized to represent AWL, Inc. for any reason, nor were they paid by AWL, Inc. for any purpose. Any persons who contacted the Burks did so of their own accord and for their own purposes, and not on behalf of AWL, Inc.

4. I am familiar with the name Paul Nguyen, who represented himself as a licensed attorney and partner of Global Capital Law who stated he represented Dennis and Linda Burk. As their counsel, he negotiated a settlement agreement with AWL, Inc. and thereafter forwarded documents to be executed by AWL, Inc. to facilitate such settlement based upon a valid court order. In accordance with the court order I executed the required documents and forwarded those to Global Capital Law. Subsequent to those documents being executed by AWL, Inc., AWL, Inc. was informed that the settlement would not be concluded at which time AWL, Inc. demanded the return of such documents from Mr. Nguyen and Global Capital Law. Before those documents were returned to AWL, Inc., Global Capital Law disappeared, along with the documents.

5. Thereafter, Paul Nguyen altered and forged the stolen documents to facilitate the events stated by the Burks in their declarations. AWL, Inc. had no participation in the Burk transaction, nor did it communicate with the title or escrow companies to close that transaction, nor did AWL, Inc. receive any funds related to that transaction.

6. The participation in that transaction by Maurice Van Eck was not authorized by AWL, Inc. nor was it known by AWL, Inc. Mr. Van Eck's actions were done under a cloak of secrecy to avoid detection by AWL, Inc., and to facilitate this secrecy, he used an address located at UN Plaza in New York which was never an address used by AWL, Inc. nor was it known by AWL, Inc. The actions taken by Paul Nguyen and Maurice Van Eck related to the Burk transaction appear to have been done solely for their own personal gain.

7. When AWL, Inc. learned of the events stated in the Burk's declarations, AWL, Inc. investigated the matter to determine who may have been involved. Once that information was obtained, AWL, Inc. alerted California State and federal authorities and provided documents and evidence for a complete investigation by those agencies. During that investigation, the Burks were questioned by the state investigator. I was informed personally by the state investigator that he questioned the Burks, and he stated the Burks were not forthcoming and he believed they knew much more than they would tell him. His belief was that the Burks were complicit in the fraud involving Paul Nguyen, Maurice Van Eck, and they were aware they paid $260,000 to Paul Nguyen and not to AWL, Inc.

8. On March 26, 2012, America's Wholesale Lender, Inc. was served with a foreclosure lawsuit filed by Bank of America at its New York Office. Bank of America seeks to foreclose on a mortgage made to America's Wholesale Lender, Inc. In its pleading, and for the purpose of closing the chain of title, B of A alleges that the mortgage was made to America's Wholesale Lender, Inc. but was thereafter assigned to Bank of America. Any such alleged assignment is false and fraudulent, and a fraud upon the court. Based upon this false and fraudulent assignment, B of A now seeks to foreclose on a mortgage that it does not hold a valid claim or interest. Currently, because of the TRO issued by this Court in favor of B of A, AWL, Inc. is restrained from informing that court of B of A's fraud related to this foreclosure action. Accordingly, another homeowner will become a victim of the wide spread and rampant foreclosure fraud committed by Bank of America on a daily basis. Once

1  again, this Court should recognize that Bank of America and Countrywide Home Loans is using the
2  name of my company in a confusing and fraudulent way, and it should be them who are restrained.

3      9. I declare under penalty of perjury under the laws of the State of California that the foregoing
4  is true and correct.

5      Executed on March 28, 2012 at ____NEW YORK____, ~~California~~ New York.

By _____/s/ Dennis L. Bell_____
Dennis L. Bell, Defendant

3
DECLARATION OF DENNIS L. BELL

1 | again, this Court should recognize that Bank of America and Countrywide Home Loans is using the name of my company in a confusing and fraudulent way, and it should be them who are restrained.

9. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on March 29, 2012 at ___NEW YORK___, ~~California.~~ NEW YORK

By _____[signature]_____
      Dennis L. Bell, Defendant

---
3
DECLARATION OF DENNIS L. BELL