**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
         nafiz.cekirge@bryancave.com
         rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO ORDER THE SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Filed Concurrently with Reply; Supplemental Declaration of Devra Lindgren; Supplemental Declaration of Renell Welch; Supplemental Declaration of Nafiz Cekirge; Objection to Defendants' Request for Judicial Notice]<br><br>Date Filed: February 13, 2012<br>Trial Date: None |

SM01DOCS\894312.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 30th, 2012, in Department 9B of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A. (collectively, "Plaintiffs") will and hereby do request that this Court take judicial notice of the following documents:

- Exhibits 1-3 to the Supplemental Declaration of Nafiz Cekirge.

This Request for Judicial Notice is based on this Request for Judicial Notice the accompanying Memorandum of Points and Authorities, all concurrently filed documents and all other pleadings in this action and other matters that the Court may consider.

DATED: March 28, 2012        Respectfully submitted,

**BRYAN CAVE LLP**

By:     /s/ Nafiz Cekirge
         NAFIZ CEKIRGE

Attorneys for Plaintiffs
Countrywide Home Loans, Inc.
Bank of America Corporation
and Bank of America, N.A.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. Introduction

The exhibits to the Supplemental Declaration of Nafiz Cekirge consist of documents filed in the records of other court. Therefore, the exhibits are judicially noticeable and this Court should take judicial notice of those documents.

## II. The Court Should Take Judicial Notice Of Documents Filed In The Records of Another Federal Court

"A court may take judicial notice of a document filed in another court." *United States v. Jones*, 29 F.3d 1549, 1553 (9th Cir. 1994) (internal quotations and citation omitted).

Exhibits 1-3 to the Supplemental Declaration of Nafiz Cekirge are documents filed in the United States District Court for the District of Connecticut in the case of *America's Wholesale Lender, Inc. v. Van Eck* (Case No. 3:11-cv-1493 (D. Conn.) Therefore, this Court should take judicial notice of these documents.

## III. Conclusion

For the reasons stated above, the Court should judicially notice Exhibits 1-3 to the Supplemental Declaration of Nafiz Cekirge.

DATED: March 28, 2012                    Respectfully submitted,

**BRYAN CAVE LLP**

By:     /s/ Nafiz Cekirge
          NAFIZ CEKIRGE

Attorneys for Plaintiffs
Countrywide Home Loans, Inc.
Bank of America Corporation
and Bank of America, N.A.