ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail:  reboone@bryancave.com
  nafiz.cekirge@bryancave.com
  rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-10, <br><br> Defendants. | Case No. 8:12-cv-00242-CJC-AN <br><br> **PROOF OF SERVICE – SUMMONS AND COMPLAINT (DENNIS L. BELL)** <br><br> Complaint Filed: February 13, 2012 <br> Trial Date: None Set |

SM01DOCS\888329.1

PROOF OF SERVICE – SUMMONS AND COMPLAINT

| Attorney or Party without Attorney:<br>ROBERT E. BOONE, III, Bar #132780<br>BRYAN CAVE LLP<br>120 BROADWAY<br>SUITE 300<br>SANTA MONICA, CA 90401<br>Telephone No: 310-576-2100   FAX No: 310-576-2200 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California - Western Division | | | | | |
| Plaintiff: COUNTRYWIDE HOME LOANS, INC., ET AL. | | | | | |
| Defendant: AMERICA'S WHOLESALE LENDER, INC., ETC., ET AL. | | | | | |
| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV12-242-CJC (ANX) | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT

3. a. Party served:                           DENNIS L. BELL, AN INDIVIDUAL
   b. Person served:                          MICHELLE BROUGHMAN, ASSITANT AUTHORIZED TO ACCEPT
                                              SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:       620 NEWPORT CENTER DR.
                                              SUITE 1100
                                              NEWPORT BEACH, CA 92660

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Mar. 09, 2012 (2) at: 1:03PM

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Timothy Bercovitz                                         d. **The Fee** for Service was:    $255.71
   b. **FIRST LEGAL SUPPORT SERVICES**                          e. I am: (3) registered California process server
      301 CIVIC CENTER DRIVE                                        (i)   Independent Contractor
      SANTA ANA, CA 92702                                           (ii)  Registration No.:    1803
   c. 714-541-1110                                                  (iii) County:              Orange

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Mar. 12, 2012

                                                                                                  (Timothy Bercovitz)

| Judicial Council Form | PROOF OF SERVICE | |
|---|---|---|
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUMMONS & COMPLAINT | 5182502 .robbo.433779 |