# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No.: SACV 12-00242-CJC (ANx)<br><br>PRELIMINARY INJUNCTION |

Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A.'s (collectively, "Plaintiffs") motion for a preliminary injunction came before the Court on March 30, 2012 pursuant to this Court's March 16, 2012 Temporary

-1-

Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue.  Good cause appearing therefore, and satisfactory proof having been made, it is hereby ORDERED that Plaintiffs' preliminary injunction is GRANTED, according to the terms set forth below:

## PRELIMINARY INJUNCTION

**IT IS HEREBY ORDERED THAT PENDING TRIAL** Defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri English and Jan Van Eck (a/k/a Herman Jan Van Eck a/k/a Mauritz Van Eck a/k/a Maurice Van Eck a/k/a Maritz Van Eck a/k/a George Tomas) (collectively, "Defendants"), together with their officers, agents, servants, employees, attorneys and any other persons who are in active concert or participation with Defendants, and each of them, are enjoined from engaging in, committing, performing or doing, directly or indirectly, any of the following acts:

(a) Using the "America's Wholesale Lender, Inc." name in any manner whatsoever;

(b) Using the "America's Wholesale Lender" name in any manner whatsoever;

(c) Using the AMERICA'S WHOLESALE LENDER® mark in any manner whatsoever;

(d) Using any name confusingly similar to "America's Wholesale Lender";

(e) Using any mark confusingly similar to AMERICA'S WHOLESALE LENDER®;

(f) Holding themselves out to be acting on behalf of any Plaintiff;

(g) Holding themselves out as officers, employees, or agents of any Plaintiff;

(h) Taking any action with respect to loans originated or serviced by any

Plaintiff; and

  (g) Taking any action with respect to liens established by any Plaintiff.

Notwithstanding the foregoing, Defendants may file pleadings in any court proceeding that they have been named as defendants, but in no event shall they hold themselves out to be any Plaintiff or acting on behalf of any Plaintiff.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall remain in effect during the pendency of this action, or until such further date as set by the Court or stipulated to by the parties.

**IT IS FURTHER ORDERED** that this preliminary injunction shall go into effect upon the posting by Plaintiffs of an undertaking or bond in the sum of $10,000.

DATED: March 30, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE