THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
Steven C. Vondran (SBN# 232337)
steve@vondranlaw.com
620 Newport Center, Suite 1100
Newport Beach, California 92660
Telephone: (949) 945-8700
Facsimile: (888) 551-2252

Attorneys for Defendant(s):
AMERICA'S WHOLESALE LENDER, INC., DENNIS L. BELL AND CHERI B. ENGLISH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 <br><br> Defendants. | Case No.: 8:12-cv-002420-CJC-AN <br><br> **STIPULATION TO FILE AN AMENDED COMPLAINT** |

    Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America. N.A. ("Plaintiffs") and Defendants America's Wholesale Lender, Inc., Dennis L. Bell and Cheri B. English ("Defendants"), by and through their respective counsel, hereby stipulate that:

1. Plaintiffs filed a complaint in this matter on February 13, 2012.

2. The Parties previously filed a stipulation with the Court agreeing that Defendant's response to the complaint would be filed no later than April 2, 2012.

3. That stipulation also agreed that Plaintiffs reserved the right to amend their complaint.

4. Counsel for Plaintiffs and Defendants have met and conferred on March 27, 2012 and have agreed that Plaintiffs will file a First Amended Complaint no later than Monday April 9, 2012.

5. It is further agreed that Defendant shall file their response to the First Amended Complaint within 21 days thereafter.

NOW, THEREFORE Plaintiffs and Defendants stipulate as follows:

1. Plaintiffs shall have until April 9, 2012, to file a First Amended Complaint.

2. Defendants shall thereafter file their responsive pleading within 21 days.

Dated: March 29, 2012

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By: /s/ Steven C. Vondran
Steven C. Vondran, Esq.

steve@vondranlaw.com

Attorneys for Defendants
AMERICA'S WHOLESALE LENDING, INC., DENNIS L. BELL AND CHERI B. ENGLISH

Dated: March 29, 2012

BRYAN CAVE, LLP

By: /s/ Nafiz Cekirge
Nafiz Cekirge. Esq.
nafiz.cekirge@bryancave.com

Attorney for Plaintiffs
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.

**ORDER**

IT IS SO ORDERED that:

1. Plaintiff shall have until April 9, 2012, to file a First Amended Complaint.
2. Defendants' shall thereafter file their responsive pleading within 21 days.

Dated: _____, 2012   _____

UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE OF DOCUMENT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed by The Law Offices of Steven C. Vondran in the County of Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is **620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660.** I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On *March 30th, 2012*, I placed a copy of the attached documents entitled:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

On the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[ ]   **BY MAIL:**   By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Phoenix, Arizona, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ]   **BY OVERNIGHT COURIER:** I caused the above referenced document(s) to be delivered to _____ for deliver to the above addresses.

[ ]   **BY FAX:** I transmitted a true copy of the foregoing document(s) this date from telecopier number **Fax: (XXX) XXX-XXX**

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s).

[X]   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 30th, 2012**, I checked the CM/ECF docket for this civil case, bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nafiz Cekirge         nafiz.cekirge@bryancave.com
Robert E. Boone III   reboone@bryancave.com
Robert G. Lancaster   rglancaster@bryancave.com

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**PROOF OF SERVICE**

Executed on *March 30, 2012*, at Phoenix, Arizona

                                                        /s/ Steven C. Vondran
                                                        Steven C. Vondran, Esq.

**SERVICE LIST**

Robert E. Boone III, Esq.
Nafiz Cekirge, Esq.
Robert G. Lancaster, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386

**PROOF OF SERVICE**