UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-00242-CJC(ANx) | Date | March 30, 2012 |
|---|---|---|---|
| Title | Countrywide Home Loans, Inc., et al v. America's Wholesale Lender, Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Maria Dellaneve |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Nafiz Cekirge | Steven C. Vondran |
| Robert G. Lancaster | |

**Proceedings:**   OSC WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED AGAINST DEFENDANTS

    Order to show cause hearing held.  Court and counsel confer.  Court confers with counsel regarding tentative ruling and hears oral argument.  Court rules in accordance with its tentative and GRANTS the preliminary injunction for reasons stated on the record.  Order to be issued.

                                                        :   56

Initials of Preparer    mu