**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**NOTICE OF MANUAL FILING**<br><br>Date Filed: February 13, 2012<br>Trial Date: None |

PLEASE TAKE NOTICE that the above-captioned case has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4, the following document(s) or item(s) will be manually filed:

**List of Documents:**

1. UNDERTAKING

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h))

☒ Other

**Reason**:

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☒ Manual Filing required for filing on behalf of Plaintiffs because a bond must be manually filed.

DATED: April 4, 2012

Respectfully submitted,

**BRYAN CAVE LLP**

By: ___/s/ Nafiz Cekirge___

NAFIZ CEKIRGE
Attorneys for Plaintiffs
Countrywide Home Loans, Inc.
Bank of America Corporation
and Bank of America, N.A.