| | |
|---|---|
| 1 | ROBERT E. BOONE III (SBN 132780) |
|   | NAFIZ CEKIRGE (SBN 255710) |
| 2 | ROBERT G. LANCASTER (SBN 257504) |
|   | **BRYAN CAVE LLP** |
| 3 | 120 Broadway, Suite 300 |
|   | Santa Monica, California  90401-2386 |
| 4 | Telephone:   (310) 576-2100 |
|   | Facsimile:    (310) 576-2200 |
| 5 | E-Mail:       reboone@bryancave.com |
|   |                     nafiz.cekirge@bryancave.com |
| 6 |                     rglancaster@bryancave.com |
| 7 | Attorneys for Plaintiffs |
|   | COUNTRYWIDE HOME LOANS, INC., |
| 8 | BANK OF AMERICA CORPORATION and |
|   | BANK OF AMERICA, N.A. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A. | Case No. 8:12-cv-00242-CJC-AN |
| Plaintiffs, | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| v. | |
| AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100, | |
| Defendants. | |

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that the above-captioned action, affecting title to real property commonly knows as 23244 Coso #113, Mission Viejo, CA, 92692, and more specifically described in Exhibit A hereto, was commenced on February 13, 2012, in the United States District Court for the Central District of California, by plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A. ("Plaintiffs"), against defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri B. English, and Jan Van Eck ("Defendants"). The action is now pending.

Dated: March 19, 2012

Respectfully submitted,

BRYAN CAVE LLP

By: _____
Nafiz Cekirge
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC; BANK OF AMERICA CORPORATION; and BANK OF AMERICA, N.A.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# Exhibit A

EXHIBIT "A"
ATTACHMENT TO SECURITY INSTRUMENT

LYING AND BEING LOCATED IN THE CITY OF MISSION VIEJO, COUNTY OF ORANGE, STATE OF CALIFORNIA; ALL THAT CERTAIN PARCEL OR TRACT OF LAND KNOWN AS:

UNIT NO. 113 CONSISTING OF CERTAIN AIR SPACES AND SURFACES AS SHOWN AND DESCRIBED IN THE CONDOMINIUM PLAN ("PHASE II PLAN"), FOR PHASE II OF ALTA FINISTERRA, WHICH PLAN WAS RECORDED ON SEPTEMBER 13, 1980, IN BOOK 13741, PAGES 1139 TO 1148, INCLUSIVE, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

AN UNDIVIDED ONE EIGHTY-SIXTH (1/86TH) FEE SIMPLE INTEREST AS A TENANT IN COMMON IN AND TO ALL OF THE REAL PROPERTY INCLUDING WITHOUT LIMITATION THE COMMON AREAS DEFINED IN THE ALTA FINISTERRA DECLARATION REFERRED TO BELOW, ON PARCEL NO. 2 OF PARCEL MAP NO. 79-160, FILED ON MARCH 31, 1980, IN BOOK 144, PAGES 47 AND 48 OF PARCEL MAPS, IN THE OFFICE OF THE ORANGE COUNTY RECORDER, AS MODIFIED BY THAT CERTAIN PARCEL LINE ADJUSTMENT FILED ON AUGUST 28, 1980 IN BOOK 13720, PAGE 1080 OF OFFICIAL RECORDS, IN THE OFFICE OF THE ORANGE COUNTY RECORDER.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On March 21, 2012, I served the foregoing document, described as **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** on the following interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 21, 2012, at Santa Monica, California.

Sherri Gramza

---

SM01DOCS\889226.1

1

PROOF OF SERVICE – NOTICE OF PENDENCY OF ACTION

# SERVICE LIST

| Celia Calco-Crawford | 23244 Coso #113, Mission Viejo, CA 92692 |
|---|---|
| California Reconveyance Company | 9200 Oakdale Ave # 100<br>Chatsworth, CA 91311 |
| Washington Mutual Bank | 2273 N. Green Valley Parkway, Suite #14<br>Henderson, NV 89014 |
| America's Wholesale Lender, Inc. | The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
| Jan Van Eck | 24 Ebony Lane<br>Ivoryton, CT 06442 |
| Dennis L. Bell | c/o The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
| Cheri B. English | c/o The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |

C071566/0330143/883995.1