ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,<br><br>Defendants. | Case No. 8:12-cv-00242-CJC-AN<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that the above-captioned action, affecting title to real property commonly known as 19906 Trotter Lane, Yorba Linda, CA, 92886 and more specifically described in Exhibit A hereto, was commenced on February 13, 2012, in the United States District Court for the Central District of California, by plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A. ("Plaintiffs") against defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri B. English, and Jan Van Eck ("Defendants"). The action is now pending.

Dated: March 19, 2012

Respectfully submitted,

**BRYAN CAVE LLP**

By: _/s/ Nafiz Cekirge_
Nafiz Cekirge
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC; BANK OF AMERICA CORPORATION; and BANK OF AMERICA, N.A.

# Exhibit A

# EXHIBIT "A"

All that certain real property situated in the County of Orange, State of California, described as follows:

PARCEL 1:

Lot 55 of Tract No. 15566, in the City of Yorba Linda, as shown on a map recorded in Book 847, Pages 28 to 35 inclusive of Miscellaneous Maps, in the office of the County Recorder of said County.

EXCEPT therefrom all oil, gas, minerals and other hydrocarbon substances lying below a depth shown below but with no right of surface entry, as provided in deeds of record
Depth:                500 feet

PARCEL 2:

Non-exclusive easements for access, drainage, encroachment, maintenance and repair, as described in the Declaration of Covenants, Conditions and Restrictions, Reservation of Easements for Kerrigan Ranch II recorded February 6, 2004 as Instrument No. 2004000095589 and the Notice of Addition of Territory and Supplemental Declaration of Covenants, Conditions and Restrictions, Reservation of Easements for Kerrigan Ranch II (Terra Buena at Kerrigan Ranch II, Phase 1) recorded April 7, 2004 as Instrument No. 2004000291482, both of Official Records.

Assessor's Parcel No.: 326-162-08

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On March 21, 2012, I served the foregoing document, described as **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

on the following interested parties in this action, as follows:

### SEE ATTACHED SERVICE LIST

☒ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 21, 2012, at Santa Monica, California.

Sherri Gramza

## SERVICE LIST

| | |
|---|---|
| Michael N. Budka, Individually and As Trustee of the Budka Family Trust | 19906 Trotter Lane, Yorba Linda, CA 92886 |
| Jan L. Budka, Individually and As Trustee of the Budka Family Trust | 19906 Trotter Lane, Yorba Linda, CA 92886 |
| Michael N. Budka, Individually and As Trustee of the Budka Family Trust | 14269 Sapphire Hill Lane Chino Hills, CA 91709 |
| Jan L. Budka, Individually and As Trustee of the Budka Family Trust | 14269 Sapphire Hill Lane Chino Hills, CA 91709 |
| Michael N. Budka, Individually and As Trustee of the Budka Family Trust | c/o Law Office of John M. O'Brien 271 E. Badillo St. Covina, CA 91723 |
| Jan L. Budka, Individually and As Trustee of the Budka Family Trust | c/o Law Office of John M. O'Brien 271 E. Badillo St. Covina, CA 91723 |
| Michael N. Budka, Trustee of the Budka Family Trust | 9353 Bolsa Ave., Ste. K-L4 Westminster, CA 92683 |
| Jan L. Budka, Trustee of the Budka Family Trust | 9353 Bolsa Ave., Ste. K-L4 Westminster, CA 92683 |
| Nebraskaland National Bank | P.O. Box 829 121 North Dewey Street North Platte, NE 69103 |
| America's Wholesale Lender, Inc. | c/o The Law Offices of Steven C. Vondran, Esq. 620 Newport Center, Suite 1100 Newport Beach, California 92660 |
| Jan Van Eck | 24 Ebony Lane Ivoryton, CT 06442 |
| Dennis L. Bell | c/o The Law Offices of Steven C. Vondran, Esq. 620 Newport Center, Suite 1100 Newport Beach, California 92660 |

2

| Cheri B. English | c/o The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |