ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: reboone@bryancave.com
nafiz.cekirge@bryancave.com
rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.

Plaintiffs,

v.

AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100,

Defendants.

Case No. 8:12-cv-00242-CJC-AN

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that the above-captioned action, affecting title to real property commonly knows as 14791 Riata Street, Midway City, CA 92655, and more specifically described in Exhibit A hereto, was commenced on February 13, 2012, in the United States District Court for the Central District of California, by plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A. ("Plaintiffs"), against defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri B. English, and Jan Van Eck ("Defendants"). The action is now pending.

March 19, 2012

Respectfully submitted,

**BRYAN CAVE LLP**

By: ____________________
Nafiz Cekirge
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC; BANK OF AMERICA CORPORATION; and BANK OF AMERICA, N.A.

# Exhibit A

Exhibit "A"

LOT 39 OF TRACT NO. 2298, IN THE CITY OF MIDWAY CITY, COUNTY OF ORANGE, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 82, PAGE(S) 41-45, OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDED OF SAID COUNTY.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On March 21, 2012, I served the foregoing document, described as **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

on the following interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 21, 2012, at Santa Monica, California.

Sherri Gramza

**SERVICE LIST**

| | |
|---|---|
| Tan Khanh Nguyen | 14791 Riata St., Midway City, CA 92655 |
| Le Van Nguyen | 14791 Riata St., Midway City, CA 92655 |
| Chase Merritt Fund I, LLC, A Nevada Limited Liability Company | 8700 Warner Ave., Suite 200, Fountain Valley, CA 92708 |
| Fidelity National Title, A California Corporation | c/o CT Corporation System<br>818 W. Seventh St.<br>Los Angeles, CA 90017 |
| Paul Nguyen | 9353 Bolsa Ave. Suite L4<br>Westminster, CA 92683 |
| Paul Nguyen | 16027 Brookhurst St., #G305<br>Fountain Valley, CA 92708 |
| America's Wholesale Lender, Inc. | c/o The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
| Jan Van Eck | 24 Ebony Lane<br>Ivoryton, CT 06442 |
| Dennis L. Bell | c/o The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
| Cheri B. English | c/o The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |