1  THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
   Steven C. Vondran (SBN# 232337)
2  steve@vondranlaw.com
   620 Newport Center, Suite 1100
3  Newport Beach, California  92660
   Telephone: (949) 945-8700
4  Facsimile: (888) 551-2252

5  Attorneys for Defendant(s):
   AMERICA'S WHOLESALE LENDER, INC., DENNIS L.
6  BELL AND CHERI B. ENGLISH

7                UNITED STATES DISTRICT COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9                      WESTERN DIVISION

| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., | Case No.: 8:12-cv-00242-CJC-AN |
|---|---|
| | Hon. Judge Cormac J. Cartney |
| Plaintiffs, | **DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION** |
| v. | |
| AMERICA'S WHOLESALE LENDER, INC., a New York Corporation;  DENNIS L. BELL, an individual;  CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 | |
| Defendants. | |

     TO THE COURT; THE PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual;  CHERI B. ENGLISH, an individual ("DEFENDANT'S" ) intend to file a Redaction Request. The Redaction Request will be filed with the Court Reporter / Transcriber within 21 days from the filing of the transcript.

1
2
3  Respectfully submitted

4  Dated: April 11, 2012                    THE LAW OFFICES OF STEVEN C.
                                            VONDRAN, P.C.
5
6
                                            By:    /s/ Steven C. Vondran
7                                                  Steven C. Vondran, Esq.

8                                                  steve@vondranlaw.com

9                                            Attorneys for Defendants
                                             AMERICA'S WHOLESALE
10                                           LENDING, INC., DENNIS L. BELL
                                             AND CHERI B. ENGLISH
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

# PROOF OF SERVICE OF DOCUMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by The Law Offices of Steven C. Vondran in the County of Orange, State of California.  I am over the age of 18 and not a party to the above-captioned action.  My business address is **620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660.**  I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On *April 11th, 2012,* I placed a copy of the attached documents entitled:

**DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPTS**

On the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[ ]     **BY MAIL:**    By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Phoenix, Arizona, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ]     **BY OVERNIGHT COURIER:** I caused the above referenced document(s) to be delivered to _____ for deliver to the above addresses.

[ ]     **BY FAX:** I transmitted a true copy of the foregoing document(s) this date from telecopier number **Fax: (XXX) XXX-XXX**

[ ]     **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ X ]    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **APRIL 11, 2012**, I checked the CM/ECF docket for this civil case, bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nafiz Cekirge         nafiz.cekirge@bryancave.com  
Robert E. Boone III   reboone@bryancave.com  
Robert G. Lancaster   rglancaster@bryancave.com

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**PROOF OF SERVICE**

Executed on *April 11, 2012*, at Newport Beach, California

                                THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

                      By:     /s/ Steven C. Vondran
                                Steven C. Vondran, Esq.

**SERVICE LIST**

Robert E. Boone III, Esq.
Nafiz Cekirge, Esq.
Robert G. Lancaster, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386


SEE EMAIL ADDRESSES ABOVE

**PROOF OF SERVICE**