THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
Steven C. Vondran (SBN# 232337)
steve@vondranlaw.com
620 Newport Center, Suite 1100
Newport Beach, California  92660
Telephone: (949) 945-8700
Facsimile: (888) 551-2252

Attorneys for Defendant(s):
AMERICA'S WHOLESALE LENDER, INC., DENNIS
L. BELL AND CHERI B. ENGLISH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation;  DENNIS L. BELL, an individual;  CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 <br><br> Defendants. | Case No.: 8:12-cv-00242-CJC-AN <br><br><br> **STIPULATION TO EXTEND TIME TO AMEND COMPLAINT** |

Plaintiffs Countrywide Home Loans, Inc. Bank of America Corporation and Bank of America. N.A. ("Plaintiffs") and Defendants America's Wholesale Lender, Inc., Dennis L. Bell and Cheri B. English ("Defendants"), by and through their respective counsel, hereby stipulate that:

1.    Plaintiffs filed a complaint in this matter on February 13, 2012.

2.    The Parties previously filed a stipulation with the Court agreeing that Plaintiffs would file and amended complaint by  April 16, 2012.

1

3.      On April 12, 2012, Defendants' counsel and Plaintiffs' counsel met and conferred regarding potential early settlement of the above-captioned action and decided to continue that dialogue.

4.      For that reasons, Plaintiffs and Defendants have agreed to a 30 day extension to Plaintiffs' deadline to file an amended complaint

5.      Accordingly, Plaintiffs will file their amended complaint no later than May 16, 2012, and Defendant, shall have the 21 days thereafter to respond to the amended complaint.

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate as follows:

1.      Plaintiff's shall have until May 16, 2012, to file their amended complaint.

2.      Defendants shall have 21 days after the filing of the amended complaint to file their response to the amended complaint.

Dated:      April 17, 2012          THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:      _____/s/ Steven C. Vondran_____
                Steven C. Vondran, Esq.

steve@vondranlaw.com

Attorneys for Defendants
AMERICA'S WHOLESALE
LENDING, INC., DENNIS L.
BELL AND CHERI B.
ENGLISH

Dated:      April 17, 2012          BRYAN CAVE, LLP

By:      _____/s/ Nafiz Cekirge_____
                Nafiz Cekirge. Esq.
                nafiz.cekirge@bryancave.com

Attorney for Plaintiffs
COUNTRYWIDE HOME
LOANS, INC., BANK OF
AMERICA CORPORATION
AND BANK OF AMERICA,
N.A.

STIPULATON TO EXTEND TIME TO AMEND TO COMPLAINT

sd-556864