1  THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ.
   Steven C. Vondran (SBN# 232337)
2  steve@vondranlaw.com
   620 Newport Center, Suite 1100
3  Newport Beach, California  92660
   Telephone: (949) 945-8700
4  Facsimile: (888) 551-2252

5  Attorneys for Defendant(s):
   AMERICA'S WHOLESALE LENDER, INC., DENNIS
6  L. BELL AND CHERI B. ENGLISH

                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

                       WESTERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., | Case No.: 8:12-cv-00242-CJC(ANx) |
| Plaintiffs, | **[PROPOSED]** **AMENDED** **ORDER** |
| v. | |
| AMERICA'S WHOLESALE LENDER, INC., a New York Corporation;  DENNIS L. BELL, an individual;  CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: and DOES 1-10 | |
| Defendants. | |

# [PROPOSED] AMENDED ORDER

The [Proposed] Order submitted by the parties in conjunction with their Stipulation to Extend Time to Amend Complaint (Dckt. # 72) (the "Stipulation") inadvertently and erroneously included the date of April 16, 2012 as the deadline for Plaintiffs to file an amended complaint. As stated in the Stipulation, the parties intend that "Plaintiffs shall have until May 16, 2012, to file their amended complaint."

Therefore and pursuant to stipulation of the parties, IT IS ORDERED that:

1. The Order filed on 4/19/12 [Document 73] is amended so that Plaintiffs shall have until <u>May 16, 2012</u>, to file an amended complaint.
2. Defendants shall have 21 days after the filing of the amended complaint to file their response.

Dated: April 27, 2012

_____
UNITED STATES DISTRICT JUDGE