**BRYAN CAVE LLP**
ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
ROBERT G. LANCASTER (SBN 257504)
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      reboone@bryancave.com
             nafiz.cekirge@bryancave.com
             rglancaster@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION and
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A. | Case No. 8:12-cv-00242-CJC-AN |
| Plaintiffs, | **STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual, JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and DOES 1-100, | |
| Defendants. | |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA  90401-2386

SM01DOCS\905730.1

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

## **STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT**

Plaintiffs Countrywide Home Loans, Inc. Bank of America Corporation and Bank of America. N.A. ("Plaintiffs") and Defendants America's Wholesale Lender, Inc., Dennis L. Bell and Cheri B. English ("Defendants"), by and through their respective counsel, hereby stipulate as follows

1.    Plaintiffs filed a Complaint in this action on February 13, 2012.

2.    On April 10, 2012, the Parties filed a stipulation agreeing that Plaintiffs would file an amended complaint by April 16, 2012.

3.    On April 12, 2012, the Court, pursuant to the stipulation of the parties, ordered that Plaintiffs had until April 16, 2012, to file an amended complain, and Defendants had 21 days after the filing of the amended complaint to file their response to the amended complaint.

4.    On April 12, 2012, the Parties' counsel met and conferred regarding potential early settlement and decided to continue that dialogue.

5.    Accordingly, the Parties stipulated to a 30-day extension for Plaintiffs to file a amended complaint, making the amended complaint due on May 16, 2012.

6.    Pursuant to the stipulation of the Parties, on April 27, 2012, the Court ordered that Plaintiffs had until May 16, 2012, to file an amended complaint.

7.    When the Parties were unable to resolve this matter, the Parties agreed that Plaintiffs would have an extra week until May 23, 2012, to file the amended complaint.

8.    With deep apologies to the Court, through oversight, the Parties neglected to seek the Court's approval for the one-week extension for Plaintiffs to file an amended complaint.

9.    On May 23, 2012, Plaintiffs attempted to manually file a First Amended Complaint.

10.    On May 24, 2012, the Court ordered that the "First Amended Complaint submitted by Plaintiffs Bank of America Corporation, Bank of America

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1   NA received on 5/23/12 is not to be filed but instead rejected" on the ground that the

2   First Amended Complaint was untimely.

3          NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate, subject to

4   the approval of the Court, as follows:

5          1.      The First Amended Complaint that Plaintiffs attempted to file on May,

6   23, 2012, be deemed filed as of May 23, 2012, and Defendants shall have 21 days

7   from the entry of the order permitting such filing to respond to the First Amended

8   Complaint;

9          2.      Or, alternatively, Plaintiffs file the First Amended Complaint by no

10  later than the close of the next business day after the entry of the order permitting

11  them to file the First Amended Complaint, and Defendants shall have 21 days from

12  the filing of the First Amended Complaint to respond to the First Amended

13  Complaint.

14  DATED:  June 4, 2012                    Respectfully submitted,

15                                          **BRYAN CAVE LLP**

16                                          By:  ___/s/ Nafiz Cekirge___
                                                     Nafiz Cekirge
17
                                            Attorneys for Plaintiffs
18                                          Countrywide Home Loans, Inc.
                                            Bank of America Corporation
19                                          and Bank of America, N.A.

20
    DATED:  June 4, 2012                    Respectfully submitted,
21
                                            **THE LAW OFFICES OF STEVEN**
22                                          **C. VONDRAN, P.C.**

23

24
                                            By:  _____
25                                                   Steven C. Vondran

26                                          Attorneys for Defendants
                                            America's Wholesale Lender,
27                                          Inc., Dennis L. Bell and Cheri B.
                                            English

28