| | |
|---|---|
| 1 | THE LAW OFFICES OF STEVEN C. VONDRAN, ESQ. |
| | Steven C. Vondran (SBN# 232337) |
| 2 | steve@vondranlaw.com |
| | 620 Newport Center, Suite 1100 |
| 3 | Newport Beach, California 92660 |
| | Telephone: (949) 945-8700 |
| 4 | Facsimile: (888) 551-2252 |
| 5 | Attorneys for Defendant(s): |
| | AMERICA'S WHOLESALE LENDER, INC., DENNIS L. |
| 6 | BELL AND CHERI B. ENGLISH |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY, | | Case No.: 8:12-cv-00242-CJC-AN |
| | | HON. JUDGE CORMACK J. CARNEY |
| Plaintiffs, | | **DEFENDANT AMERICA'S WHOLESALE LENDER, INC., DENNIS BELL AND CHERI ENGLISH NOTICE OF MOTION AND MOTION TO STRIKE UNDER FRCP 12(F); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPPORT THEREOF.** |
| v. | | |
| AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: THE RYZMAN FOUNDATION, INC., a California Corporation, DAVID E. LANDON, an individual, LE VAN NGUYEN, an individual; WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, A Nevada limited liability company; and DOES 1-10 | | **[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>**Hearing**<br>TIME: 1:30 P.M.<br>DATE: 8/27/12<br>PLACE: 411 West Fourth Street<br>**Santa Ana**, CA 92701-451<br>DEPT: 9B |
| Defendants. | | |

1

DEFENDANTS AWLI, BELL & ENGLISH MOTION TO STRIKE

## NOTICE OF MOTION TO STRIKE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD PLEASE TAKE NOTICE that on August 27th, 2012 at 1:30 p.m. in room 9B of the United States District Court located at 411 West Fourth Street, Santa Ana, California, 92701-451, before the Honorable Judge Cormack J. Carney, Defendants, AMERICA'S WHOLESALE LENDER, INC., DENNIS L. BELL AND CHERI B. ENGLISH (hereinafter "Defendant" or "Defendants") will and does hereby move this Court under Rule 12(F) of the Federal Rules of Civil Procedure to strike portions of the Complaint filed by Plaintiff COUNTRYWIDE HOME LOANS, INC. (hereinafter "CHLI"); BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A. (hereinafter along with CHLI collectively referred to as "BOA"), and THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY (all five parties may be referred to collectively as "Plaintiff" or "Plaintiffs").

Defendant's move to strike because the Complaint because it contains immoral, impertinent, immaterial, scandalous and irrelevant matter. See *Whittlestone, Inc. v. Handi-Craft Co.* (9th Cir. 2010) 618 F.3d 970, 973-974.

## MEMORANDUM OF POINTS AND AUTHORITIES

### FACTS

Plaintiff's First Amended Complaint ("Complaint") at Page 3, ¶15-18 states:

*"Bell has been incarcerated in California, and has a long history of committing fraud on lenders and other real estate fraud."*

### LEGAL ARGUMENT

This language must be stricken from the Complaint in its entirety. Plaintiff's are seeking to raise character issues that are not relevant to the proceeding before the Court, and which are spurious to the litigation and which seek to do nothing more than harass, intimidate, confuse the issues, and raise the time and costs of litigation to all parties, and to unnecessarily consume court time and costs. As such, the matter must be stricken from the complaint. See *Whittlestone, Inc. v. Handi-Craft Co.* (9th Cir. 2010) 618 F.3d 970, 973-974. In addition, a motion to strike may be granted where "it is clear that the matter to be stricken could have no possible bearing on the subject matter of the litigation." See LeDuc v. Kentucky Central Life Ins. Co. (ND CA 1992) 814 F.Supp.820,830.

Plaintiff's are trying to introduce impermissible, and inadmissible character evidence into this case, and such has no bearing on the case at hand. The statement above does no more than to unduly prejudice Defendant. The Matter above is also redundant as wholly foreign to the issues before the Court and must be sticken on those grounds as well. See *Eli Lilly Co., Inc.* (D PR 1972) 56 FRD 116, 120 fn 4.

For the same reasons, the above passage is "immaterial" and has no bearing on the controversy before the Court. The information is also "impertinent" as is not relevant to the issues involved in the action, and could not be admitted as evidence in the action. See *Fantasy, Inc. v. Fogerty* (9th Cir. 1993) 984 F2d 1524, 1527.

Finally, the pleading above is "scandalous" as being an allegation that cast a "cruelly" derogatory light on a party or other person. *Skadegaard v. Farrell* (D NJ 1984) 578 F.Supp. 1209, 1221. Given the foregoing, Defendant will be highly prejudiced by the use of the foregoing language in the Complaint and it must be stricken form the Complaint. *Davis v. Ruby Foods, Inc.* (7th Cir. 2001), 269 F3d 818, 821.

## CONCLUSION

Since the material cited above has no other legitimate purpose, and since it is immoral, impertinent, irrelevant, redundant, scandalous and cruel, and serves to do nothing more than raise the costs of extent of the litigation, it must be stricken in its entirely without leave to amend. *California Dept. of Toxic Substances Contol v. Alco Pacific, Inc.* (CD CA 2002) 217 F.Supp.2d 1028, 1033.

RESPECTFULLY SUBMITTED

Dated: July 2J, 2012         THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By: /s/ Steven C. Vondran
    Steven C. Vondran, Esq.

steve@vondranlaw.com

Attorneys for Defendants
AMERICA'S WHOLESALE LENDING, INC., DENNIS L. BELL AND CHERI B. ENGLISH

## **ORDER**

Having reviewed Defendants Motion to Strike, and GOOD CAUSE APPEARING, Plaintiff is hereby ordered to strike from it's First Amended Complaint ("Complaint") at Page 3, ¶15-18 the following language:

*"Bell has been incarcerated in California, and has a long history of committing fraud on lenders and other real estate fraud."*

Without leave to amend.

_____    _____
      DATED             HONORABLE JUDGE CORMACK CARNEY
                        UNITED STATES CENTRAL DISTRICT COURT

## ORDER

Having reviewed Defendants Motion to Strike, and GOOD CAUSE APPEARING, Plaintiff is hereby ordered to strike from it's First Amended Complaint ("Complaint") at Page 3, ¶15-18 the following language:

*"Bell has been incarcerated in California, and has a long history of committing fraud on lenders and other real estate fraud."*

Without leave to amend.

IT IS SO ORDERED

_____        _____
        DATED                     HONORABLE JUDGE CORMACK CARNEY
                                  UNITED STATES CENTRAL DISTRICT COURT

5

# PROOF OF SERVICE OF DOCUMENT

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed by The Law Offices of Steven C. Vondran in the County of Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is **620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660.** I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On July 2nd, 2012, I placed a copy of the attached documents entitled:

**DEFENDANT'S MOTION TO STRIKE; MEMORANDUM OF POINTS AND AUTHORITIES; PROPOSED ORDER**

On the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

[ ]   **BY MAIL:**   By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Phoenix, Arizona, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ]   **BY OVERNIGHT COURIER:** I caused the above referenced document(s) to be delivered to _____ for deliver to the above addresses.

[ ]   **BY FAX:** I transmitted a true copy of the foregoing document(s) this date from telecopier number
**Fax: (XXX) XXX-XXX**

[ ]   **BY PERSONAL SERVICE:**  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[X]   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 2nd 2012**, I checked the CM/ECF docket for this civil case, bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nafiz Cekirge   nafiz.cekirge@bryancave.com
Robert E. Boone III   reboone@bryancave.com
Robert G. Lancaster   rglancaster@bryancave.com

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**PROOF OF SERVICE**

**PROOF OF SERVICE**

Executed on *July 2nd*, 2012, at Newport Beach, CA

_____
Steven C. Vondran, Esq.

**SERVICE LIST**

Robert E. Boone III, Esq.
Nafiz Cekirge, Esq.
Robert G. Lancaster, Esq.
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386