| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>ROBERT E BOONE III (SBN 132780)<br>NAFIZ CEKIRGE (SBN 255710)<br>ROBERT G. LANCASTER (SBN 257504)<br>JED P. WHITE (SBN 232339)<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Telephone:  (310) 576 2100<br>Facsimile:  (310) 576 2200<br>E-Mail:     reboone@bryancave.com<br>            nafiz.cekirge@bryancave.com<br>            rglancaster@bryancave.com<br>ATTORNEYS FOR : Plaintiffs COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON; and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                                         Plaintiff(s),<br>                   v.<br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; THE RYZMAN FOUNDATION, INC., a California Corporation; DAVID E. LANDON, an individual; LE VAN NGUYEN, an individual; WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, a Nevada limited liability company; and DOES 1-10,<br>                                         Defendant(s) | CASE NUMBER:<br><br>8:12-cv-00242-CJC(ANx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation, Bank of America, N.A., The Bank of New York Mellon and Deutsche Bank National Trust Company
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

|                    **PARTY**                    |                **CONNECTION**                |
|-------------------------------------------------|----------------------------------------------|
| (List the names of all such parties and identify their connection and interest.) | |
| Countrywide Home Loans, Inc.                    | Plaintiff                                    |
| Bank of America Corporation                     | Plaintiff                                    |
| Bank of America, N.A.                           | Plaintiff                                    |



| | |
|---|---|
| The Bank of New York Mellon | Plaintiff |
| Deutsche Bank National Trust Company | Plaintiff |
| America's Wholesale Lender, Inc. | Defendant |
| Dennis L. Bell | Defendant |
| Cheri B. English | Defendant |
| Jan Van Eck (a/k/a Herman Jan Van Eck a/k/a Mauritz Van Eck a/k/a Maurice Van Eck a/k/a Maritz Van Eck a/k/a George Tomas) | Defendant |
| The Ryzman Foundation, Inc. | Defendant |
| David E. Landon | Defendant |
| Le Van Nguyen | Defendant |
| Wendmere Funding, LLC | Defendant |
| Chase Merritt Fund 1, LLC | Defendant |

November 6, 2012
Date

/s/ Jed P. White
Sign
Jed P. White

Attorney of record for or party appearing in pro per
Plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation, Bank of America, N.A., The Bank of New York Mellon and Deutsche Bank National Trust Company

