

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: October 25, 2012

Superior Court of California
Orange County
700 Civic Center Dr. West, Room D-110
Santa Ana, CA 92701

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

OCT 29 2012

ALAN CARLSON, Clerk of the Court

Re: Case Number: SACV12-01599 JST(ANx)

Previously Superior Court Case No. 30-2012 00589184

Case Name: Deutsche Bank v. Cecelia M Le, et al

Dear Sir / Madam:
  Pursuant to this Court's ORDER OF REMAND issued on 10/25/2012 the above-referenced case is hereby remanded to your jurisdiction.

  Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

  Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Ramona La Chapelle
    Deputy Clerk   714-338-4577

☐ Western   ☐ Eastern   ☒ Southern Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

OCT 29 2012
Date

By: LINA S. de la CRUZ
    Deputy Clerk

CV - 103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)