ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
JED P. WHITE (SBN 232339)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
E-Mail:  reboone@bryancave.com
         nafiz.cekirge@bryancave.com
         jed.white@bryancave.com

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON; and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; THE RYZMAN FOUNDATION, INC., a California Corporation; DAVID E. LANDON, an individual; LE VAN NGUYEN, an individual; WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, a Nevada limited liability company; and DOES 1-10,<br><br>Defendants.<br><br>DAVID E. LANDON, an individual,<br><br>Counterclaimant,<br><br>v. | **Case No.: 8:12-cv-00242-CJC-AN**<br><br>Hon. Cormac J. Carney<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**<br><br>First Amended<br>Complaint filed:   June 11, 2012<br><br><br><br><br>Counterclaim Filed:  August 17, 2012 |

| | | |
|---|---|---|
| 1 | COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON; and DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Counterdefendants. | |
| 6 | DAVID E. LANDON, an individual, | Crossclaim Filed: August 17, 2012 |
| 7 | | |
| 8 | Crossclaimant, | |
| 9 | v. | |
| 10 | AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-100, | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Crossdefendants. | |
| 16 | THE RYZMAN FOUNDATION, INC., a California corporation | Counterclaim Filed: November 9, 2012 |
| 17 | | |
| 18 | Counterclaimant, | |
| 19 | v. | |
| 20 | COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON; and DEUTSCHE BANK NATIONAL TRUST COMPANY, | |
| 21 | | |
| 22 | | |
| 23 | Counterdefendants. | |
| 24 | THE RYZMAN FOUNDATION, INC., a California corporation | Crossclaim Filed: November 9, 2012 |
| 25 | | |
| 26 | Crossclaimant, | |
| 27 | v. | |
| 28 | AMERICA'S WHOLESALE LENDER, | |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

| | |
|---|---|
| 1 | INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-100, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Crossdefendants. |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\931550.1

Case No.: 8:12-cv-00242-CJC-AN
NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

## NOTICE OF PENDENCY OF ACTION

NOTICE IS HEREBY GIVEN that the above-captioned action, affecting title to real property commonly knows as 89 Old Course Drive, Newport Beach, California, and more specifically described in Exhibit A hereto, was commenced on February 13, 2012, in the United States District Court for the Central District of California, by plaintiffs Countrywide Home Loans, Inc., Bank of America Corporation and Bank of America, N.A. ("Plaintiffs"), against defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri B. English, and Jan Van Eck ("Defendants").  The action is now pending.

Dated:  December 13, 2012

Respectfully submitted,

**BRYAN CAVE LLP**

By: _____
NAFIZ CEKIRGE

Attorneys for Plaintiffs
COUNTRYWIDE HOME LOANS, INC.,
BANK OF AMERICA CORPORATION,
BANK OF AMERICA, N.A., THE BANK
OF NEW YORK MELLON and DEUTSCHE
BANK NATIONAL TRUST COMPANY

# EXHIBIT A

EXHIBIT "A"

PARCEL A:

LOT 75 OF TRACT NO. 15391, IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 761, PAGES 39 TO 43 INCLUSIVE OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

PARCEL B:

AN EXCLUSIVE USE EASEMENT FOR ACCESS, MAINTENANCE AND LANDSCAPING PURPOSES OVER THE AREA DEPICTED ON EXHIBIT "B" ATTACHED TO THE GRANT DEED FROM PACIFIC BAY PROPERTIES RECORDED MAY 14, 1999 AS INSTRUMENT NO. 19990357794, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

Exhibit __A__ Page __1__

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On December 13, 2012, I served the foregoing document, described as **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

on the following interested parties in this action, as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(FEDERAL ONLY)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on December 13, 2012, at Santa Monica, California.

_/s/ Sherri Gramza_
Sherri Gramza

## SERVICE LIST

| | |
|---|---|
| Jeffery C. Hamilton and Elizabeth Hamilton | c/o Attlesey Storm LLP<br>2552 Walnut Ave<br>Suite # 100<br>Tustin, CA 92780 |
| The Ryzman Foundation, Inc., A California Corporation | Eric P. Early, Esq.<br>William A. Wright<br>Kevin S. Sinclair<br>Early Sullivan Wright Gizer & McRae LLP<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 |
| David E. Landon | Eric P. Early, Esq.<br>William A. Wright<br>Kevin S. Sinclair<br>Early Sullivan Wright Gizer & McRae LLP<br>6420 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90048 |
| Ticor Title NLS, A California Corporation | CT Corporation System<br>818 W. Seventh St.<br>Los Angeles, CA 90017 |
| America's Wholesale Lender, Inc. | The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
| Jan Van Eck | 24 Ebony Lane<br>Ivoryton, CT 06442 |
| Dennis L. Bell | The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
| Cheri B. English | The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |

| Wendmere Funding, LLC | The Law Offices of Steven C. Vondran, Esq.<br>620 Newport Center, Suite 1100<br>Newport Beach, California 92660 |
|---|---|
| Equity Title Co. | 2112 E. 4th St.<br>Suite 100<br>Santa Ana, CA 92705 |
| Logan Investments | 12725 Ventura Blvd.<br>Suite B<br>Studio City, CA 91604 |
| Attlesey Storm LLP | 2552 Walnut Ave<br>Suite # 100<br>Tustin, CA 92780 |