1 | [Counsel listed on Page 4)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: THE RYZMAN FOUNDATION, INC., a California Corporation, DAVID E. LANDON, an individual, LE VAN NGUYEN, an individual; WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, A Nevada limited liability company; and DOES 1-10<br><br>Defendants, | Case No.: CV 12-00242 CJC (ANx)<br><br>HON. JUDGE CORMAC J. CARNEY<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

| | |
|---|---|
| 1 | |
| 2 | DAVID E. LANDON, an individual, |
| 3 | Counterclaimant |
| 4 | |
| 5 | v. |
| 6 | COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counterdefendants |
| 11 | ----------------------------------------------- |
| 12 | DAVID E. LANDON, an individual, |
| 13 | Crossclaimant, |
| 14 | v. |
| 15 | AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-100, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Crossdefendants. |
| 21 | ----------------------------------------------- |

THE RYZMAN FOUNDATION, INC., a California Corporation,

    Counterclaimant,

    v.

COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Counterdefendants

--------------------------------------------------

THE RYZMAN FOUNDATION, INC., a California Corporation,

    Crossclaimant,

    v.

AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-10,

    Crossdefendants

| | |
|---|---|
| 1 | THE LAW OFFICES OF STEVEN C. VONDRAN, P.C. |
| 2 | Steven C. Vondran, Esq. (Bar# 232337) |
| | steve@vondranlaw.com |
| 3 | 620 Newport Center Drive |
| | Suite 1100 |
| 4 | Newport Beach, CA 92660 |
| | Telephone: (949) 945-8700 |
| 5 | Facsimile: (888) 551-2252 |
| 6 | LAW OFFICES OF DARYL THOMPSON |
| | Daryl B. Thompson, Esq. (Bar# 69471) |
| 7 | dbtesq@aol.com |
| | 765 The City Drive South, Suite #355 |
| 8 | Orange, CA 92868 |
| | Telephone: (714) 740-1095 |
| 9 | Facsimile: (714) 740-1059 |
| 10 | |
| 11 | Attorney for Defendant(s) and Crossdefendant(s): AMERICA'S WHOLESALE LENDER, INC., DENNIS L. BELL; CHERI B. ENGLISH ("CHERI ENGLISH"), |
| 12 | AND WENDMERE FUNDING, LLC |
| 13 | |
| 14 | **TO:**      Clerk of the Court |
| 15 | **TO:**      Counsel of Record |
| 16 | TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, |
| 17-18 | PLEASE TAKE NOTICE that Attorney Daryl B. Thompson, of Law Offices of Daryl |
| 19 | Thompson, located at 765 The City Drive South, Suit 355, Orange, CA 92868, |
| 20 | telephone number (714) 740-1095, does here by associate with The Law Offices of |
| 21-22 | Steven C. Vondran, P.C. in the representation of defendants and cross defendants |
| 23 | America's Wholesale Lender, Inc., Dennis L. Bell, Cheri B. English (Cheri English- |
| 24 | Bell) and Wendmere Funding, LLC.  Counsel may appear on Client's behalf in all |
| 25 | matters before this Court. |
| 26 | |
| 27 | |
| 28 | |

You are here notified that in addition to serving The Law Offices of Steven C. Vondran with all documents in this case, all further papers and pleadings filed in this matter, except for original process, shall be served upon the undersigned attorney:

**LAW OFFICES OF DARYL THOMPSON**
Daryl B. Thompson, Esq. (Bar# 69471)
dbtesq@aol.com
765 The City Drive South, Suite #355
Orange, CA 92868
Telephone: (714) 740-1095
Facsimile: (714) 740-1059

RESPECTFULLY SUBMITTED

DATED:   December 26, 2012         **LAW OFFICES OF DARYL THOMPSON**

By:   ____/s/ Daryl Thompson_____
         Daryl B. Thompson. Esq.

ATTORNEY FOR DEFENDANTS AND CROSSDEFNDANTS AMERICA'S WHOLESALE LENDER INC., DENNIS L. BELL; CHERI BELL ("CHERI ENGLISH") AND WENDMERE FUNDING, LLC

PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)(I), THE FILER, STEVEN C. VONDRAN, ATTESTS THAT ALL OTHER SIGNATORIES LISTED, AND ON WHOSE BEHALF THE FILING IS SUBMITTED, CONCUR IN THE FILING'S CONTENT AND HAVE AUTHORIZED THE FILING.

# PROOF OF SERVICE

**STATE OF CALIFORNIA**
**COUNTY OF ORANGE**

I am employed by The Law Offices of Steven C. Vondran. P.C. in the County of Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660. I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On December 26, 2012, I served the foregoing document(s) in the within action, described as:

**NOTICE OF ASSOCIATION OF COUNSEL**

On the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

[ ] **BY MAIL:** By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Newport Beach, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ] **BY OVERNIGHT COURIER:** I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as forth above, with fees for overnight delivery paid or provided for.

[ ] **BY FAX:** By use of a facsimile machine I transmitted a true copy of the foregoing document(s) to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s) listed above.

[X] **BY ELECTRONIC SERVICE:** The document will be served upon e-filing, via the United States District Court-Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any party who is a registered user in the case.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2012, at Flagstaff, Arizona

Dated: December 26, 2012

THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:    /s/ Steven C. Vondran
       Steven C. Vondran, Esq.

**SERVICE LIST (Electronic filing)**

CV 12-00242 CJC (ANx)

Nafiz Cekirge, Esq
Robert Edward Boone, III Esq.
Robert G. Lancaster, Esq.
BRYAN CAVE, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Email:   Nafiz Cekirge   nafiz.cekirge@bryancave.com
           Robert E. Boone III   reboone@bryancave.com
           Robert G. Lancaster   rglancaster@bryancave.com

William Wright, Esq.
Eric Peter Early, Esq.
Kevin Sinclair, Esq.
EARLY SULLIVAN WRIGHT GIZER & MCRAE
6420 Wilshire Blvd. 17th Floor
Los Angeles, CA 90048

Email:   William Wright   wwright@earlysullivan.com
           Eric Peter Early   eearly@earlysullivan.com
           Kevin Sinclair   ksinclair@earlysullivan.com

7
NOTICE OF ASSOCIATION OF COUNSEL