# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **COUNTRYWIDE HOME LOANS, INC., ET AL.,** | CASE NO. SACV 12-00242-CJC(ANx) |
| **Plaintiffs,** | SCHEDULING ORDER |
| v. | |
| **AMERICA WHOLESALE LENDER, INC., ET AL.,** | |
| **Defendants.** | |

   The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

   [1] All discovery, including discovery motions, shall be completed by August 2, 2013. Discovery motions must be filed and heard prior to this date.

   [2] The parties shall have until October 4, 2013 to file and have heard all other motions, including motions to join or amend the pleadings.

   [3] A pretrial conference will be held on **Monday, November 4, 2013 at 3:00 p.m.** Full compliance with Local Rule 16 is required.

   [4] The jury trial of the case shall begin on **Tuesday, November 19, 2013**

**at 9:00 a.m.**

[5] The parties are referred to ADR Procedure No. 3, Private Mediation. The parties shall have until September 10, 2013 to conduct settlement proceedings.

**IT IS SO ORDERED**.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

DATED: January 8, 2013

_____

CORMAC J. CARNEY
United States District Judge

cc: ADR OFFICE