1  ROBERT E. BOONE III (SBN 132780)
   NAFIZ CEKIRGE (SBN 255710)
2  ROBERT G. LANCASTER (SBN 257504)
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California  90401-2386
4  Telephone:   (310) 576-2100
   Facsimile:   (310) 576-2200
5  E-Mail:      reboone@bryancave.com
                nafiz.cekirge@bryancave.com
6               rglancaster@bryancave.com

7  Attorneys for Plaintiffs
   COUNTRYWIDE HOME LOANS, INC.,
8  BANK OF AMERICA CORPORATION,
   BANK OF AMERICA, N.A., THE BANK
9  OF NEW YORK MELLON and DEUTSCHE BANK
   NATIONAL TRUST COMPANY

10              **UNITED STATES DISTRICT COURT**

11     **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

12 COUNTRYWIDE HOME LOANS,        **Case No.: 8:12-cv-00242-CJC(ANx)**
   INC.; BANK OF AMERICA
13 CORPORATION; BANK OF           Hon. Cormac J. Carney
   AMERICA, N.A.; THE BANK OF
14 NEW YORK MELLON; and           **STIPULATION TO CONTINUE
   DEUTSCHE BANK NATIONAL         HEARING ON DEFENDANTS
15 TRUST COMPANY,                 AMERICA'S WHOLESALE
                                  LENDER, INC., CHERI B.
16              Plaintiffs,       ENGLISH, WENDMERE
                                  FUNDING, LLC, AND DENNIS L.
17              v.                BELL'S MOTION FOR
                                  PROTECTIVE ORDER AND TO
18 AMERICA'S WHOLESALE           SEAL RECORDS**
   LENDER, INC., a New York
19 Corporation; DENNIS L. BELL, an  [Filed concurrently with [Proposed]
   individual; CHERI B. ENGLISH, an  Order Continuing Hearing]
20 individual; JAN VAN ECK (a/k/a
   HERMAN JAN VAN ECK a/k/a        Previous Hearing Date
21 MAURITZ VAN ECK a/k/a          Date: February 25, 2013
   MAURICE VAN ECK a/k/a MARITZ   Time: 1:30 p.m.
22 VAN ECK a/k/a GEORGE TOMAS),   Dept.: 9B
   an individual; THE RYZMAN
23 FOUNDATION, INC., a California  **New Hearing Date
   Corporation; DAVID E. LANDON, an  Date: March 4, 2013**
24 individual; LE VAN NGUYEN, an  Time: 1:30 p.m.
   individual; WENDMERE FUNDING,  Dept.: 9B
25 LLC, a Kentucky limited liability  Opposition Due: February 11, 2013
   company; CHASE MERRITT FUND I,  Reply Papers Due: February 18, 2013
26 LLC, a  Nevada limited liability
   company; and DOES 1-10,
27
                Defendants.
28

STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER
SM01DOCS\946657.2

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA  90401-2386



BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

| | |
|---|---|
| 1   DAVID E. LANDON, an individual, | Counterclaim Filed: August 17, 2012 |
| 2                     Counterclaimant, | |
| 3                         v. | |
| 4   COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA | |
| 5   CORPORATION; BANK OF AMERICA, N.A. | |
| 6 | |
| 7                     Counterdefendant. | |
| 8   DAVID E. LANDON, an individual, | Crossclaim Filed: August 17, 2012 |
| 9                     Crossclaimant, | |
| 10                         v. | |
| 11  AMERICA'S WHOLESALE LENDER, INC., a New York | |
| 12  Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an | |
| 13  individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK | |
| 14  a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ | |
| 15  VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-100, | |
| 16                     Crossdefendants. | |
| 17 | |
| 18  THE RYZMAN FOUNDATION, INC., a California corporation, | Counterclaim Filed: November 9, 2012 |
| 19                     Counterclaimant, | |
| 20                         v. | |
| 21  COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA | |
| 22  CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF | |
| 23  NEW YORK MELLON; and DEUTSCHE BANK NATIONAL | |
| 24  TRUST COMPANY | |
| 25                     Counterdefendants. | |
| 26 | |
| 27 | |
| 28 | |

2

STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER

SM01DOCS\946657.2

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1 | THE RYZMAN FOUNDATION, INC., a California corporation,     Crossclaim Filed: November 9, 2012

2

3            Crossclaimant,

4            v.

5 | AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an

6 | individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a

7 | HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a

8 | MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS),

9 | an individual; and ROES 1-100,

10            Crossdefendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER

SM01DOCS\946657.2

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1  Plaintiffs/Counterclaim Defendants Countrywide Home Loans, Inc., Bank of

2  America Corporation, Bank of America, N.A., The Bank of New York Mellon and

3  Deutsche Bank National Trust Company (collectively, "Plaintiffs");

4  Defendants/Counterclaim Defendants/Crossclaim Defendants America's Wholesale

5  Lender, Inc., Dennis L. Bell, Cheri B. English, and Wendmere Funding, LLC

6  (collectively, "AWLI Defendants"); and

7  Defendants/Counterclaimants/Crossclaimants David E. Landon ("Landon") and The

8  Ryzman Foundation, Inc. ("Ryzman"), through their respective counsel, hereby

9  stipulate as follows:

10  WHEREAS on December 19, 2012, AWLI Defendants filed a Motion for

11  Protective Order and to Seal Records with a hearing date set for February 4, 2013;

12  WHEREAS Plaintiffs and AWLI Defendants were involved in discussions

13  aimed at resolving the Motion without the necessity of a hearing;

14  WHEREAS the parties desire to continue the hearing on the Motion to March

15  4, 2013, at 1:30 p.m., and have all associated filing deadlines be calculated based on

16  the new proposed hearing date;

17  WHEREAS, the stipulated continuance will not result in prejudice to any

18  party or cause any significant delay in the proceedings.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    Plaintiffs, the AWLI Defendants, Landon, and Ryzman, hereby stipulate and

2 agree, subject to the Court's approval, that:

3    1.    The hearing on the Motion for Protective Order and to Seal Records

4 shall be continued to March 4, 2013.

5    2.    Any opposition and reply papers to the Motion for Protective Order and

6 to Seal Records shall be filed no later than February 11, 2013, and February 18,

7 2013, respectively.

8 Dated:  January 31, 2013          Respectfully submitted,
                                    **EARLY SULLIVAN WRIGHT GIZER &**
9                                   **McRAE LLP**
                                    By:  ___/s/ William A. Wright___
10                                       WILLIAM A. WRIGHT
                                    Attorneys for Defendants
11                                  Defendants/Crossclaimants/Counterclaimants
                                    DAVID E. LANDON and THE RYZMAN
12                                  FOUNDATION, INC.

13

14 Dated:  January 31, 2013         Respectfully submitted,
                                    **THE LAW OFFICES OF STEVEN C.**
                                    **VONDRAN, P.C.**
15                                  By:  ___/s/ Steven C. Vondran___
                                         STEVEN C. VONDRAN
16                                  Attorneys for Defendants
                                    AMERICA'S WHOLESALE LENDER,
17                                  INC., DENNIS L. BELL, CHERI B.
                                    ENGLISH, and WENDMERE FUNDING,
18                                  LLC

19    Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Nafiz Cekirge, attests that all
   other signatories listed, and on whose behalf the filing is submitted, concur in the
20 filing's content and have authorized the filing.

21 Dated:  January 31, 2013         Respectfully submitted,
                                    **BRYAN CAVE LLP**
22                                  By:  ___/s/ Nafiz Cekirge___
                                         Nafiz Cekirge
23
                                    Attorneys for Plaintiffs
24                                  COUNTRYWIDE HOME LOANS, INC.,
                                    BANK OF AMERICA CORPORATION,
25                                  BANK OF AMERICA, N.A., THE BANK
                                    OF NEW YORK MELLON and DEUTSCHE
26                                  BANK NATIONAL TRUST COMPANY

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

2

STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR PROTECTIVE ORDER

SM01DOCS\946657.2

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On February 1, 2013, I served the foregoing document, described as **STIPULATION TO CONTINUE HEARING ON DEFENDANTS AMERICA'S WHOLESALE LENDER, INC., CHERI B. ENGLISH, WENDMERE FUNDING, LLC, AND DENNIS L. BELL'S MOTION FOR PROTECTIVE ORDER AND TO SEAL RECORDS**, on the following interested party(ies) in this action, as follows:

☒    **(VIA ELECTRONIC SERVICE)**  The document will be served upon e-filing, via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any party who is a registered user in the case.

☒    **(BY MAIL)**  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth below.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Daryl B Thompson
Daryl B Thompson Law Offices
765 The City Drive South   Suite 355
Orange, CA 92868

☒    **(FEDERAL ONLY)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2013, at Santa Monica, California.

/s/ Sherri Gramza
Sherri Gramza

SM01DOCS\946657.2

PROOF OF SERVICE

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386