STEVEN C. VONDRAN (BAR NO. 232337)
law@attorneysteve.net
THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.
620 Newport Center Drive
Suite 1100
Newport Beach, CA 92660
Telephone: (949) 945-8700
Facsimile: (888) 551-2252

Attorney for Defendant(s) and Crossdefendant(s):
AMERICA'S WHOLESALE LENDER, INC.,
DENNIS L. BELL; CHERI B. ENGLISH, AND
WENDMERE FUNDING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual: THE RYZMAN FOUNDATION, INC., a California Corporation, DAVID E. LANDON, an individual, LE VAN NGUYEN, an individual; WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, A Nevada limited liability company; and DOES 1-10<br><br>Defendants, | Case No.: CV 12-00242 CJC (ANx)<br><br>HON. JUDGE CORMAC J. CARNEY<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND MOTION TO SEAL RECORDS**<br><br>**Hearing**<br>Date: March 4th, 2013<br>Time: 1:30 p.m.<br>Ct: 9B |

---

1

NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND TO SEAL RECORDS

| | |
|---|---|
| 1 | |
| 2 | DAVID E. LANDON, an individual, |
| 3 | Counterclaimant |
| 4 | |
| 5 | v. |
| 6 | COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Counterdefendants |
| 11 | ---------------------------------------------------- |
| 12 | DAVID E. LANDON, an individual, |
| 13 | Crossclaimant, |
| 14 | v. |
| 15 | AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-100, |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | Crossdefendants. |
| 21 | ---------------------------------------------------- |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

THE RYZMAN FOUNDATION, INC., a California Corporation,

     Counterclaimant,

     v.

COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON and DEUTSCHE BANK NATIONAL TRUST COMPANY,

     Counterdefendants

---------------------------------------------------

THE RYZMAN FOUNDATION, INC., a California Corporation,

     Crossclaimant,

     v.

AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual: JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-10,

     Crossdefendants

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD :

PLEASE TAKE NOTICE that Defendant America's Wholesale Lender, Inc. ("AWLI") does hereby give notice of its withdrawal of its motion for Protective Order

1 and to Seal records. This motion was previously set for hearing in the above referenced courtroom for March 4th, 2013 at 1:30 p.m. AWLI respectfully requests that such be taken off calendar without prejudice to bringing such motion again in the future, if so warranted by the facts.

RESPECTFULLY SUBMITTED

Dated: February 25, 2013        THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:    /s/ Steven C. Vondran
       Steven C. Vondran, Esq.

Attorney for AWLI, Dennis Bell, Cheri B. English-Bell and Wendmere Funding

Phone (877) 276-5084
Fax: (888) 551-2252

## PROOF OF SERVICE

**STATE OF CALIFORNIA**
**COUNTY OF ORANGE**

I am employed by The Law Offices of Steven C. Vondran. P.C. in the County of Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660. I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On February 25, 2013, I served the foregoing document(s) in the within action, described as:

**DEFENDANT AWLI NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND SEAL RECORDS**

On the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

[ ] **BY MAIL:** By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Newport Beach, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ] **BY OVERNIGHT COURIER:** I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as forth above, with fees for overnight delivery paid or provided for.

[ ] **BY FAX:** By use of a facsimile machine I transmitted a true copy of the foregoing document(s) to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s) listed above.

[X] **BY ELECTRONIC SERVICE:** The document will be served upon e-filing, via the United States District Court-Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any party who is a registered user in the case.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on February 25, 2013, at Phoenix, Arizona

Dated:  February 25, 2013  THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

            By:  /s/ Steven C. Vondran
               Steven C. Vondran, Esq.

              Attorney for AWLI, Dennis Bell, Cheri B. English-Bell and Wendmere Funding

              Phone (877) 276-5084
              Fax: (888) 551-2252

**SERVICE LIST (Electronic filing)**

CV 12-00242 CJC (ANx)

Nafiz Cekirge, Esq
Robert Edward Boone, III Esq.
Robert G. Lancaster, Esq.
BRYAN CAVE, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386

Email:   Nafiz Cekirge         nafiz.cekirge@bryancave.com
         Robert E. Boone III   reboone@bryancave.com
         Robert G. Lancaster   rglancaster@bryancave.com

William Wright, Esq.
Eric Peter Early, Esq.
Kevin Sinclair, Esq.
EARLY SULLIVAN WRIGHT GIZER & MCRAE
6420 Wilshire Blvd. 17th Floor
Los Angeles, CA 90048

Email:   William Wright     wwright@earlysullivan.com
         Eric Peter Early   eearly@earlysullivan.com
         Kevin Sinclair     ksinclair@earlysullivan.com

NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND TO SEAL RECORDS