Eric P. Early, State Bar Number 166275
 *eearly@earlysullivan.com*
William A. Wright, State Bar Number 193314
 *wwright@earlysullivan.com*
Kevin S. Sinclair, State Bar Number 254069
 *ksinclair@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Defendants, Counterclaimants
and Crossclaimants DAVID E. LANDON and
THE RYZMAN FOUNDATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICA'S WHOLESALE LENDER, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | Case No.: CV 12-00242 CJC (ANx) <br><br> **STIPULATION PURSUANT TO FRCP 25 TO SUBSTITUTE FIRST AMERICAN TITLE INSURANCE COMPANY FOR DAVID E. LANDON AND THE RYZMAN FOUNDATION, INC.** <br><br> [Proposed Order Filed and Served Concurrently Herewith] |

1    Plaintiffs and Counterclaim Defendants Countrywide Home Loans, Inc., Bank of America Corporation, Bank of America, N.A., The Bank of New York Mellon and Deutsche Bank National Trust Company (collectively, "Plaintiffs"); Defendants and Crossclaim Defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri B. English, and Wendmere Funding, LLC (collectively, "AWLI Defendants"); and Defendants, Counterclaimants and Crossclaimants David E. Landon ("Landon") and The Ryzman Foundation, Inc. ("Ryzman"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 29, 2005, a deed of trust was recorded as Instrument No. 2005000329048 in the Official Records of Orange County (the "Old Course Deed of Trust") against that certain real property located at 89 Old Course Drive, Newport Beach, California (the "Old Course Property");

WHEREAS, on August 23, 2011, an assignment purporting to transfer the beneficial interest in the Old Course Deed of Trust to Ryzman was recorded as Instrument No. 2011000415908 in the Official Records of Orange County (the "Old Course Assignment");

WHEREAS, Plaintiffs contend that the Old Course Assignment was invalid, and that one of Plaintiffs is the beneficiary of the Old Course Deed of Trust;

WHEREAS, on November 9, 2012, Ryzman filed an Answer to the First Amended Complaint, as well as a Counterclaim and Crossclaim.

WHEREAS, Ryzman's title insurer, non-party First American Title Insurance Company ("First American"), has now acquired all of Ryzman's right, title and interest in the Old Course Assignment, the Old Course Deed of Trust, the Old Course Property, the loan secured by the Old Course Deed of Trust and any litigation claims arising in connection therewith;

WHEREAS, on December 30, 2005, a deed of trust was recorded as Instrument No. 05 3232308 in the Official Records of Los Angeles County (the "Countrywide Deed of Trust") against that certain real property located at 2900



1
**STIPULATION TO SUBSTITUTE FIRST AMERICAN TITLE INSURANCE COMPANY**

19106.1

Woodcreek Court, Agoura Hills, California (the "Woodcreek Court Property");

WHEREAS, on October 26, 2011, a reconveyance of the Countrywide Deed of Trust was recorded as Instrument No. 20111445629 in the Official Records of Los Angeles County (the "Countrywide Reconveyance");

WHEREAS, on October 26, 2011 a deed of trust was recorded as Instrument No. 20111445631 in the Official Records of Los Angeles County (the "Landon Deed of Trust) against the Woodcreek Court Property;

WHEREAS, Plaintiffs contend that the Countrywide Reconveyance is invalid, that the Countrywide Deed of Trust remains a valid lien against the Woodcreek Court Property and that the Countrywide Deed of Trust is prior and senior to the Landon Deed of Trust;

WHEREAS, on August 17, 2012, Landon filed an Answer to the First Amended Complaint, as well as a Counterclaim and Crossclaim.

WHEREAS, Landon's title insurer, which is also First American, has now acquired all of Landon's right, title and interest in the Landon Deed of Trust, the Woodcreek Court Property, the loan secured by the Landon Deed of Trust and any litigation claims arising in connection therewith;

WHEREAS, in light of the above transfers of interests, First American desires to substitute First American into this litigation in Landon's and Ryzman's place and stead in all capacities, i.e. as a defendant, counterclaimant and crossclaimant;

WHEREAS, upon its substitution into this case in place of Landon and Ryzman, First American desires to file its own pleadings responsive to Plaintiffs' operative First Amended Complaint, including its own answer, counterclaim and crossclaims;

Plaintiffs, the AWLI Defendants, Landon and Ryzman hereby stipulate and agree, subject to the Court's approval, as follows:

1. Pursuant to Fed. R. Civ. P. 25(c), First American shall be substituted into this litigation as defendant, counterclaimant and crossclaimant, in the place and



stead of Landon and Ryzman. Upon First American's substitution into the litigation, Landon and Ryzman shall be deemed dismissed from the action.

2. First American shall have fifteen days from the Court's order accepting this stipulation to file its own responsive pleadings (as authorized by the Federal Rules of Civil Procedure) to Plaintiffs' First Amended Complaint.

Dated: March 14, 2013            EARLY SULLIVAN WRIGHT
                                   GIZER & McRAE LLP


                                 By: */s/--Kevin S. Sinclair*
                                     KEVIN S. SINCLAIR
                                     Attorneys for Defendants, Cross-Claimants
                                     and Counter-Claimants THE RYZMAN
                                     FOUNDATION, INC. and DAVID E.
                                     LANDON

Dated: March 14, 2013            BRYAN CAVE LLP


                                 By: */s/--Nafiz Cekirge*
                                     NAFIZ CEKIRGE
                                     Attorneys for Plaintiffs and Counter-
                                     Defendants COUNTRYWIDE HOME
                                     LOANS, INC., BANK OF AMERICA
                                     CORPORATION, BANK OF AMERICA,
                                     N.A., THE BANK OF NEW YORK
                                     MELLON and DEUTSCHE BANK
                                     NATIONAL TRUST COMPANY

Dated: March 14, 2013            THE LAW OFFICES OF STEVEN C.
                                 VONDRAN, P.C.


                                 By: */s/--Steven C. Vondran*
                                     STEVEN C. VONDRAN
                                     Attorneys for Defendants and Cross-
                                     Defendants AMERICA'S WHOLESALE
                                     LENDER, INC., DENNIS L. BELL,
                                     CHERI B. ENGLISH and WENDMERE
                                     FUNDING, LLC



3

**STIPULATION TO SUBSTITUTE FIRST AMERICAN TITLE INSURANCE COMPANY**

19106.1