NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

The Law Offices of Steven C. Vondran P.C.
620 Newport Center Drive, Suite 1100
Newport Beach, California 92660
Phone (877) 276-5084 Fax (888) 881-2252
law@attorneysteve.net

ATTORNEYS FOR: Dennis Bell, AWLI, Cheri English, Wendmere

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Countrywide Home Loans, Inc., Bank of America, N.A., Bank of New York Melon, et al<br><br>Plaintiff(s),<br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation, Dennis L. Bell, Cheri English, Wendmere Funding, LLC et al<br>Defendant(s) | CASE NUMBER:<br><br>CV 12-00242 CJC (ANx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Dennis Bell, Cheri English, America's Wholesale Lender, Inc., Wendmere Funding (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Dennis L. Bell | Defendant, Crossdefendant |
| Cheri English-Bell | Defendant, Crossdefendant |
| America's Wholesale Lender, Inc. | Defendant, Crossdefendant |
| Wendmere Funding, LLC | Defendant, Crossdefendant |

March 29, 2013
Date

Sign

Steven C. Vondran, Esq.
Attorney of record for or party appearing in pro per

# PROOF OF SERVICE

**STATE OF CALIFORNIA**
**COUNTY OF ORANGE**

I am employed by The Law Offices of Steven C. Vondran. P.C. in the County of Orange, State of California. I am over the age of 18 and not a party to the above-captioned action. My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, CA, 92660. I also have an office at 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016.

On March 29, 2013, I served the foregoing document(s) in the within action, described as:

**DEFENDANT DENNIS L. BELL, AMERICA'S WHOLESALE LENDER, INC., CHERI B. ENGLISH, AND WENDMERE FUNDING, LLC RULE 7.1-1 NOTICE OF INTERESTED PARTIES.**

On the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

[ ] **BY MAIL:** By placing a true and correct copy thereof enclosed in a sealed envelope addressed as above, with postage thereon fully prepared, in the U.S. Mail at Newport Beach, CA. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on the same day with postage thereon fully prepaid at Newport Beach, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

[ ] **BY OVERNIGHT COURIER:** I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as forth above, with fees for overnight delivery paid or provided for.

[ ] **BY FAX:** By use of a facsimile machine I transmitted a true copy of the foregoing document(s) to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee(s) listed above.

[X] **BY ELECTRONIC SERVICE:** The document will be served upon e-filing, via the United States District Court-Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any party who is a registered user in the case.

1  [ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  [X] **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 29, 2013 at Phoenix, Arizona

Dated:       March 29, 2013           THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

                                      By:     /s/ Steven C. Vondran
                                              Steven C. Vondran, Esq.