| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Eric P. Early, State Bar No. 166275<br>William A. Wright, State Bar No. 193314<br>Kevin S. Sinclair, State Bar No. 254069<br>EARLY SULLIVAN WRIGHT GIZER & McRAE LLP<br>6420 Wilshire Boulevard, 17th Floor<br>Los Angeles, California 90048<br>Tel: (323) 301-4660 --- Fax: (323) 301-4676<br>E-mail: ksinclair@earlysullivan.com | |
| ATTORNEYS FOR: FIRST AMERICAN TITLE INSURANCE CO. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| COUNTRYWIDE HOME LOANS, INC., et al.<br><br>Plaintiff(s),<br>v.<br>AMERICA'S WHOLESALE LENDER, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 12-00242 CJC (ANx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant and Cross-Claimant First American Title Insurance Company
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

|   PARTY   |   CONNECTION   |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| First American Title Insurance Company | Defendant and Cross-Claimant |

March 29, 2013
Date

Sign

Kevin S. Sinclair
Attorney of record for or party appearing in pro per

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 6420 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048.

On March 29, 2013, I served the foregoing document(s) described as: **NOTICE OF INTERESTED PARTIES** on the interested parties to this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Nafiz Cekirge, Esq.<br>Robert Edward Boone, III, Esq.<br>Robert G. Lancaster, Esq.<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386 | Steven C. Vondran, Esq.<br>THE LAW OFFICES OF<br>    STEVEN C. VONDRAN, P.C.<br>620 Newport Center Drive, Suite 1100<br>Newport Beach, California 92660 |

[✓]  (BY MAIL)  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ]  (BY OVERNIGHT DELIVERY SERVICE)  I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

[ ]  (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

[ ]  (BY EXPRESS MAIL)  By placing the above documents in the United States mail for Express Mail delivery at 6420 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

[ ]  (BY FACSIMILE)  By use of facsimile machine, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 29, 2013, at Los Angeles, California.

_____
ADELE T. JOHNSON

1
PROOF OF SERVICE