ROBERT E. BOONE III (SBN 132780)
NAFIZ CEKIRGE (SBN 255710)
JED P. WHITE (SBN 232339)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Tel: (310) 576-2100 / Fax: (310) 576-2200
E-Mail: reboone@bryancave.com
            nafiz.cekirge@bryancave.com
            jed.white@bryancave.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2006-OA5; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2004-29; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2006-4CB; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2006-OA2; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2005-76; and DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for the GSAA Home Equity Trust 2005-8, <br><br>                                            Plaintiff(s), <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, a Nevada limited liability company; PAUL NGUYEN, an individual; BERNARDO VILLAPADUA, an individual; TOM SHRIVER, an individual; DIANE BEALL, an individual; GARY HARRE, an individual; LE VAN NGUYEN, an individual; TAN KHAN NGUYEN, an individual; CELIA CALCO-CRAWFORD, an individual; ANDRE ROBINSON, an individual; REALTY DREAM PARTNERS, INC., a California Corporation d/b/a INNOVATION, in its capacity as trustee of the 11827 Pinon Ave. Trust No 010032009; ELDRIDGE JOHNS, an individual, and DOES 1-10, <br><br>                                            Defendant(s). | CASE NUMBER: 8:12-cv-00242-CJC-AN <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,<br><br>                                                       Cross-Claimant,<br>     v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-10,<br><br>                                                       Cross-Defendants. | |

**PLEASE TAKE NOTICE:** (*Check one*)

☒ **ONLY** Defendants     CHASE MERRITT FUND I, LLC; PAUL NGUYEN; BERNARDO VILLAPADUA; TOM SHRIVER; DIANE BEALL; GARY HARRE; LE VAN NGUYEN; TAN KHAN NGUYEN; CELIA CALCO-CRAWFORD; ANDRE ROBINSON; REALTY DREAM PARTNERS, INC., d/b/a INNOVATION, in its capacity as trustee of the 11827 Pinon Ave. Trust No 010032009; ELDRIDGE JOHNS

**are dismissed from** (*check one*) ☒ **Second Amended Complaint,**
brought by Plaintiffs COUNTRYWIDE HOME LOANS, INC., BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2006-OA5; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2004-29; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2006-4CB; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2006-OA2; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2005-76; and DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for the GSAA Home Equity Trust 2005-8

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| August 28, 2013 | |
| *Date* | *Signature of Attorney/Party* |
| | Attorneys for Plaintiffs |

NOTE:   *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

   *F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**