UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-00242-CJC(ANx)            Date: December 13, 2013

Title: COUNTRYWIDE HOME LOANS, INC., ET AL. V. AMERICA'S WHOLESALE LENDER, INC., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                    None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CROSS-CLAIMS SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

       On October 1, 2013, the Court denied without prejudice Cross-Claimant First American Title Insurance Company's ("First American") motion for partial summary judgment against Cross-Defendant Dennis Bell. (Dkt. No. 247.) On October 7, 2013, First American submitted a notice of joinder in Plaintiff Countrywide Home Loans, Inc., et al.'s *ex parte* application to modify the scheduling order. (Dkt. No. 253 ["Not. Joiner"].) In that notice, First American indicated to the Court that it intended to file another motion for summary judgment against Cross-Defendant, addressing the Court's concerns with its prior motion. (*Id.* at 1.) No such motion has yet been filed. Accordingly, the Court hereby **ORDERS** First American to show cause by December 20, 2013 why the cross-claims should not be dismissed for failure to prosecute.

rrd

MINUTES FORM 11
CIVIL-GEN                                                                       Initials of Deputy Clerk MU