1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

10

| | |
|---|---|
| 11 COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; | **Case No.: 8:12-cv-00242-CJC(ANx)** |
| 12 BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON solely | **ORDER RE:  CANCELLATION** |
| 13 in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2006-OA5; | **AND EXPUNGEMENT OF THAT CERTAIN SUBSTITUTION OF** |
| 14 THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the | **TRUSTEE AND FULL RECONVEYANCE RECORDED** |
| 15 CHL Mortgage Pass-Through Trust 2004-29; THE BANK OF NEW YORK | **AS INSTRUMENT NUMBER 2011000580144 IN THE OFFICIAL** |
| 16 MELLON solely in its capacity as the Trustee of the Alternative Loan Trust | **RECORDS OF THE ORANGE COUNTY RECORDER'S OFFICE** |

11    COUNTRYWIDE HOME LOANS, INC.;
      BANK OF AMERICA CORPORATION;
12    BANK OF AMERICA, N.A.; THE
      BANK OF NEW YORK MELLON solely
13    in its capacity as the Trustee of the CHL
      Mortgage Pass-Through Trust 2006-OA5;
14    THE BANK OF NEW YORK MELLON
      solely in its capacity as the Trustee of the
15    CHL Mortgage Pass-Through Trust 2004-
      29; THE BANK OF NEW YORK
16    MELLON solely in its capacity as the
      Trustee of the Alternative Loan Trust
17    2006-4CB; THE BANK OF NEW YORK
      MELLON solely in its capacity as the
18    Trustee of the Alternative Loan Trust
      2006-OA2; THE BANK OF NEW YORK
19    MELLON solely in its capacity as the
      Trustee of the Alternative Loan Trust
20    2005-76; and DEUTSCHE BANK
      NATIONAL TRUST COMPANY,
21    Trustee for the GSAA Home Equity Trust
      2005-8,
22
                            Plaintiffs,
23
                   v.
24
      AMERICA'S WHOLESALE LENDER,
25    INC., a New York Corporation; DENNIS
      L. BELL, an individual; CHERI B.
26    ENGLISH, an individual; JAN VAN ECK
      (a/k/a HERMAN JAN VAN ECK a/k/a
27    MAURITZ VAN ECK a/k/a MAURICE
      VAN ECK a/k/a MARITZ VAN ECK
28    a/k/a GEORGE TOMAS), an individual;

**Case No.: 8:12-cv-00242-CJC(ANx)**

**ORDER RE:  CANCELLATION AND EXPUNGEMENT OF THAT CERTAIN SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE RECORDED AS INSTRUMENT NUMBER 2011000580144 IN THE OFFICIAL RECORDS OF THE ORANGE COUNTY RECORDER'S OFFICE**

1  WENDMERE FUNDING, LLC, a
   Kentucky limited liability company;
2  CHASE MERRITT FUND I, LLC, a
   Nevada limited liability company; PAUL
3  NGUYEN, an individual; BERNARDO
   VILLAPADUA, an individual; TOM
4  SHRIVER, an individual; DIANE
   BEALL, an individual; GARY HARRE,
5  an individual; LE VAN NGUYEN, an
   individual; TAN KHAN NGUYEN, an
6  individual; CELIA CALCO-
   CRAWFORD, an individual; ANDRE
7  ROBINSON, an individual; REALTY
   DREAM PARTNERS, INC., a California
8  Corporation d/b/a INNOVATION, in its
   capacity as trustee of the 11827 Pinon
9  Ave. Trust No 010032009; ELDRIDGE
   JOHNS, an individual, and DOES 1-10,
10
                    Defendants.
11
   FIRST AMERICAN TITLE
12 INSURANCE COMPANY, a California
   corporation,
13
                    Cross-Claimant,
14
             v.
15
   AMERICA'S WHOLESALE LENDER,
16 INC., a New York Corporation; DENNIS
   L. BELL, an individual; JAN VAN
17 ECK (a/k/a HERMAN JAN VAN ECK
   a/k/a MAURITZ VAN ECK a/k/a
18 MAURICE VAN ECK a/k/a MARITZ
   VAN ECK a/k/a GEORGE TOMAS), an
19 individual; and ROES 1-10,
20                  Cross-Defendants.
21
22
23
24
25
26
27
28

Having considered the Motion for Entry of Default Judgment of Plaintiffs, and for good cause appearing,

**THE COURT HEREBY ORDERS THAT:**

1.      The "Substitution of Trustee and Full Reconveyance" recorded in the Official Records of the Orange County Recorder's Office (the "Official Records") on November 15, 2011, as Instrument Number 2011000580144 (the "Reconveyance"), was void *ab initio*, and never had, and does not now have, any effect whatsoever, including any effect on:

a.      the validity or priority of that certain deed of trust recorded in the Official Records on January 30, 2006, as Instrument Number 2006000067191 (the "Deed of Trust"); or

b.      the validity of documents relating to the Deed of Trust recorded in the Official Records.

2.      The Reconveyance is rescinded and cancelled and, upon recordation of a certified copy of this Order in the Official Records, is expunged from the Official Records.

Dated: December 16, 2013

_____

Hon. Cormac J. Carney
United States District Judge