1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2006-OA5; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the CHL Mortgage Pass-Through Trust 2004-29; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2006-4CB; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2006-OA2; THE BANK OF NEW YORK MELLON solely in its capacity as the Trustee of the Alternative Loan Trust 2005-76; and DEUTSCHE BANK NATIONAL TRUST COMPANY, Trustee for the GSAA Home Equity Trust 2005-8,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; CHERI B. ENGLISH, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; | **Case No.: 8:12-cv-00242-CJC(ANx)**<br><br>**ORDER RE: CANCELLATION AND EXPUNGEMENT OF THAT CERTAIN SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE RECORDED AS INSTRUMENT NUMBER 2011000580144 IN THE OFFICIAL RECORDS OF THE ORANGE COUNTY RECORDER'S OFFICE** |

| | |
|---|---|
| 1 | WENDMERE FUNDING, LLC, a Kentucky limited liability company; CHASE MERRITT FUND I, LLC, a Nevada limited liability company; PAUL NGUYEN, an individual; BERNARDO VILLAPADUA, an individual; TOM SHRIVER, an individual; DIANE BEALL, an individual; GARY HARRE, an individual; LE VAN NGUYEN, an individual; TAN KHAN NGUYEN, an individual; CELIA CALCO-CRAWFORD, an individual; ANDRE ROBINSON, an individual; REALTY DREAM PARTNERS, INC., a California Corporation d/b/a INNOVATION, in its capacity as trustee of the 11827 Pinon Ave. Trust No 010032009; ELDRIDGE JOHNS, an individual, and DOES 1-10, |
| | Defendants. |
| | FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation, |
| | Cross-Claimant, |
| | v. |
| | AMERICA'S WHOLESALE LENDER, INC., a New York Corporation; DENNIS L. BELL, an individual; JAN VAN ECK (a/k/a HERMAN JAN VAN ECK a/k/a MAURITZ VAN ECK a/k/a MAURICE VAN ECK a/k/a MARITZ VAN ECK a/k/a GEORGE TOMAS), an individual; and ROES 1-10, |
| | Cross-Defendants. |

Having considered the Motion for Entry of Default Judgment of Plaintiffs, and for good cause appearing,

**THE COURT HEREBY ORDERS THAT:**

1. The "Substitution of Trustee and Full Reconveyance" recorded in the Official Records of the Orange County Recorder's Office (the "Official Records") on November 15, 2011, as Instrument Number 2011000580144 (the "Reconveyance"), was void *ab initio*, and never had, and does not now have, any effect whatsoever, including any effect on:

    a. the validity or priority of that certain deed of trust recorded in the Official Records on January 30, 2006, as Instrument Number 2006000067191 (the "Deed of Trust"); or

    b. the validity of documents relating to the Deed of Trust recorded in the Official Records.

2. The Reconveyance is rescinded and cancelled and, upon recordation of a certified copy of this Order in the Official Records, is expunged from the Official Records.

Dated: December 16, 2013

_____
Hon. Cormac J. Carney
United States District Judge