# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **COUNTRYWIDE HOME LOANS, INC., ET AL.** | Case No.: SACV 12-00242-CJC (ANx) |
| **Plaintiffs,** | |
| v. | |
| **AMERICA'S WHOLESALE LENDER, INC., ET AL.** | PERMANENT INJUNCTION |
| **Defendants.** | |

**IT IS HEREBY ORDERED THAT** Defendants America's Wholesale Lender, Inc., Dennis L. Bell, Cheri English, and Wendmere Funding, LLC, (collectively, "Defendants"), together with their officers, agents, servants, employees, attorneys and any other persons who are in active concert or participation with Defendants, and each of

them, are enjoined from engaging in, committing, performing or doing, directly or indirectly, any of the following acts:

    (a) Using the "America's Wholesale Lender, Inc." name in any manner whatsoever;

    (b) Using the "America's Wholesale Lender" name in any manner whatsoever;

    (c) Using the AMERICA'S WHOLESALE LENDER® mark in any manner whatsoever;

    (d) Using any name confusingly similar to "America's Wholesale Lender";

    (e) Using any mark confusingly similar to AMERICA'S WHOLESALE LENDER®;

    (f) Holding themselves out to be acting on behalf of any Plaintiff;

    (g) Holding themselves out as officers, employees, or agents of any Plaintiff;

    (h) Taking any action with respect to loans originated or serviced by any Plaintiff; and

    (g) Taking any action with respect to liens established by any Plaintiff.

Notwithstanding the foregoing, Defendants may file pleadings in any court proceeding that they have been named as defendants, but in no event shall they hold themselves out to be any Plaintiff or acting on behalf of Plaintiff.

The Court shall retain jurisdiction of this action to enforce the terms of this permanent injunction.

DATED:   December 16, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE