# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **COUNTRYWIDE HOME LOANS, INC., ET AL.,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**AMERICA'S WHOLESALE LENDER, INC., ET AL.,**<br><br>    **Defendants.** | **Case No.: SACV 12-00242-CJC(ANx)**<br><br><br><br>**JUDGMENT** |

      This matter came before the Court on Cross-Claimant First American Title Insurance Company's ("First American") Motion for Summary Judgment against Cross-Defendant Dennis Bell.  On February 7, 2014, the Court, being fully advised, issued an Order granting in part First American's motion and finding that First American is entitled to judgment in its favor.  In accordance with the Court's February 7, 2014 Order, IT IS HEREBY ORDERED that judgment on the Cross-Claim is entered in favor of First

American and against Cross-Defendant Dennis Bell in the amount of **$340,000**.

DATED: February 7, 2014

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE