AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____ USDC-Central District of California _____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>SACV12-242-CJC (AN) | DATE FILED<br>2/13/2012 | U.S. DISTRICT COURT<br>USDC-Central District of California |
|---|---|---|
| PLAINTIFF<br><br>Countrywide Home Loans, Inc. et al. | | DEFENDANT<br><br>America's Wholesale Lender, Inc. et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1872784 | 1/10/1995 | Bank of America Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br><br>Judgment by Cormac J. Carney in favor of First American Title Insurance Company. Case terminated on February 7, 2014. |
|---|

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Nancy Boehme | DATE<br>2/27/2014 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| COUNTRYWIDE HOME LOANS, INC., ET AL., | ) ) ) | Case No.: SACV 12-00242-CJC(ANx) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| | ) | JUDGMENT |
| AMERICA'S WHOLESALE LENDER, INC., ET AL., | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

This matter came before the Court on Cross-Claimant First American Title Insurance Company's ("First American") Motion for Summary Judgment against Cross-Defendant Dennis Bell.  On February 7, 2014, the Court, being fully advised, issued an Order granting in part First American's motion and finding that First American is entitled to judgment in its favor.  In accordance with the Court's February 7, 2014 Order, IT IS HEREBY ORDERED that judgment on the Cross-Claim is entered in favor of First

American and against Cross-Defendant Dennis Bell in the amount of **$340,000**.


DATED:      February 7, 2014

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE